## SCHEDULE 3G

See Schedule 2G.

10581170 5

THI10111

## SCHEDULE 5F

See attached.

10061179_5

THI10112

P

Trans Health Management, Inc.
Schedule of Assets
2006-01-31
GNS00810T

| | | Ending Balance |
|---|---|---|
| 140100 | Prepaid Expenses Other | 271,251 |
| | Prepaids | 271,251 |
| | Current Assets | 271,251 |
| | | |
| 151710 | Moveable Equipment | 7,048 |
| 151715 | Accum Depr - Moveable Equip | (2,193) |
| | Moveable Equipment, Net | 4,855 |
| | | |
| 151910 | Computer Software | 5,183 |
| 151915 | Accum Depr-Computer Software | (2,425) |
| 151920 | Computer Hardware | 198,573 |
| 151925 | Accum Depre-Computer Hardware | (46,898) |
| | Computer Equipment, Net | 154,433 |
| | | |
| | Property, Plant, and Equipment | 159,288 |
| | | |
| | Assets | 430,540 |

THI10113

TRANS HEALTH, INC.
CORPORATE (11000) PREPAID EXPENSES OTHER
1/31/2006

| Description | Ending Bal |
| --- | --- |
| ORACLE CORPORATION | 6,284 |
| BMC SOFTWARE DISTRIBUTION, INC. | 4,590 |
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | 10,000 |
| CXTEC | 1,219 |
| DIEBOLD INCORPORATED | 4,026 |
| HEWLETT-PACKARD COMPANY | 70,471 |
| INTERNATIONAL BUSINESS MACHINES CORP. | 52,712 |
| MAPQUEST | 2,200 |
| MSLI. GP-APD 0297891 | 5,214 |
| SAS INSTITUTE, INC. | 2,828 |
| SOFTMART | 44,272 |
| Sterling Commerce, Inc. | 16,530 |
| SUNGARD TREASURY SYSTEMS | 50,905 |
| | 271,251 |

| Bus | Category | Account | In-Service Dt | Asset ID | Asset Description | Acqd Date | Cost | Accum Depr | Vendor ID | Vendor Name |
|---|---|---|---|---|---|---|---|---|---|---|
| 11000 | MIS | 151710 | 4/1/2004 | 000000000031 | Security Camera Maint & Repair | 1/1/2006 | 5,193.53 | 1,873.67 | 0000202689 | PATASE VICTOR J |
| 11000 | MIS | 151710 | 3/1/2005 | 000000000036 | Projector | 1/1/2006 | 1,853.13 | 319.64 | 0000202865 | CDW DIRECT LLC |
|  |  | 151710 Total |  |  |  |  | 7,048.06 | 2,192.71 |  |  |
| 11000 | CSOFT | 151910 | 7/16/2004 | 000000000027 | SNPC Network | 1/31/2006 | 3,753.39 | 1,928.62 | 0000208236 | SOFTMART |
| 11000 | CSOFT | 151910 | 1/1/2005 | 000000000035 | Back up software for Kronos | 1/31/2006 | 1,428.92 | 496.15 | 0000208236 | SOFTMART |
|  |  | 151910 Total |  |  |  |  | 5,182.31 | 2,424.97 |  |  |
| 11000 | CHARD | 151920 | 7/21/2004 | 000000000023 | personal computers | 1/31/2006 | 1,611.87 | 233.10 | 0000028160 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 7/14/2004 | 000000000024 | desk top computer L. Dwyer | 1/31/2006 | 756.00 | 233.10 | 0000028160 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 8/6/2004 | 000000000025 | lap top computer J. Cordillo | 1/31/2006 | 1,332.50 | 505.32 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 8/6/2004 | 000000000026 | test hp/xps Matux project | 1/31/2006 | 2,362.11 | 980.62 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 8/29/2004 | 000000000028 | lap top computer E. Cox | 1/31/2006 | 1,729.30 | 505.32 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 8/1/2004 | 000000000029 | MedEvolve Server | 1/31/2006 | 11,490.11 | 3,320.03 | 0000028160 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 9/1/2004 | 000000000030 | Tape Drive MedEvolve Server | 1/31/2006 | 2,112.81 | 581.02 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 7/1/2004 | 000000000032 | Cisco 1200 Series AP | 1/31/2006 | 1,389.32 | 428.38 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 8/1/2004 | 000000000033 | wireless AP test units | 1/31/2006 | 1,474.72 | 430.14 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 8/1/2004 | 000000000034 | cisco dock amplatform | 1/31/2006 | 4,343.30 | 1,266.80 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 9/1/2004 | 000000000036 | cisco secure asx 3.3 | 1/31/2006 | 4,177.06 | 1,218.90 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 9/1/2004 | 000000000037 | wireless LAN solution engine | 1/31/2006 | 5,958.15 | 1,638.48 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 9/9/2004 | 000000000038 | HP N2002U | 1/31/2006 | 1,061.63 | 291.95 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 9/11/2004 | 000000000039 | cisco vp support | 1/31/2006 | 1,195.66 | 328.80 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 9/1/2004 | 000000000040 | PIX504e-211W disk upgrade | 1/31/2006 | 8,886.51 | 2,444.31 | 0001155053 | TRINICOMP SYSTEMS |
| 11000 | CHARD | 151920 | 5/17/2004 | 000000000040 | HP 930 Laptop Dowdimai Cunt | 1/21/2006 | 5,316.00 | 1,460.25 | 0000023160 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 9/12/2004 | 000000000041 | cisco dock xn | 1/31/2006 | 5,360.33 | 1,474.10 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 9/1/2004 | 000000000042 | cisco's vap support | 1/31/2006 | 1,016.16 | 279.45 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 10/1/2004 | 000000000043 | LN614 Projector and Case | 1/31/2006 | 3,804.39 | 982.81 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 13/1/2004 | 000000000044 | GX280 small form factor | 1/31/2006 | 2,253.50 | 577.62 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 9/12/2004 | 000000000046 | SATA controllers | 1/31/2006 | 648.90 | 447.37 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 11/1/2004 | 000000000048 | 2gb cache for esrc 3910 | 1/31/2006 | 1,045.70 | 287.02 | 0000028160 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 11/1/2004 | 000000000049 | stand alone volt customer kit | 1/31/2006 | 2,128.10 | 514.30 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 10/1/2004 | 000000000049 | module dell power edge system | 1/31/2006 | 1,290.20 | 359.14 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 10/12/2004 | 000000000051 | lap top computer | 1/31/2006 | 1,679.00 | 379.25 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 11/1/2004 | 000000000051 | hpj400/4050 roller | 1/31/2006 | 1,732.50 | 447.37 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 11/1/2004 | 000000000052 | servers | 1/31/2006 | 859.17 | 205.21 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000054 | lap top computer | 1/31/2006 | 1,732.51 | 418.69 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 11/1/2004 | 000000000054 | lap top computer | 1/31/2006 | 1,732.51 | 418.69 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000055 | lap top computer | 1/31/2006 | 1,732.51 | 418.69 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000056 | lap top computer kronos | 1/31/2006 | 1,732.51 | 418.69 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000065 | small form pentium | 1/31/2006 | 3,780.01 | 913.50 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000066 | phone LP540 | 1/31/2006 | 1,569.15 | -05.36 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000068 | Kronos dem pcs | 1/31/2006 | 69.89 | 28.09 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 1/1/2004 | 000000000050 | servers | 1/31/2006 | 3,681.26 | 828.28 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000061 | computer hardware kronos | 1/31/2006 | 108.44 | 24.40 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000062 | computer hardware kronos | 1/31/2006 | 84.18 | 18.94 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000063 | computer hardware kronos | 1/31/2006 | 65.00 | 14.81 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000064 | corporate hardware kronos | 1/31/2006 | 49.45 | 10.12 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000065 | computer hardware kronos | 1/31/2006 | 449.82 | 101.21 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000066 | proxation servers kronos | 1/31/2006 | 2,019.85 | 454.46 | 0000202865 | CDW DIRECT LLC |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000067 | laser printer | 1/31/2006 | 523.95 | 117.89 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000068 | custom install desktop | 1/31/2006 | 823.95 | 206.74 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 12/1/2004 | 000000000069 | computer equipment | 1/31/2006 | 4,916.23 | 1,070.93 | 0000028360 | DELL MARKETING LP |
| 11000 | CHARD | 151920 | 1/1/2005 | 000000000070 | PIX Network Hardware | 1/31/2006 | 22,873.51 | 4,766.15 | 0500005210 | HEWLETT-PACKARD COMPANY |

| Account | Date | Item | Description | Date | Amount | Amount | Code | Vendor |
|---|---|---|---|---|---|---|---|---|
| 151920 CHARD | 1/1/2005 | 000000000071 | Laptop Patricia Velan | 3/31/2006 | 1,899.46 | 195.72 | 000002860 | DELL MARKETING LP |
| 151920 CHARD | 1/1/2005 | 000000000072 | Laptop Lesa Hatten | 3/31/2006 | 1,899.46 | 195.72 | 000002860 | DELL MARKETING LP |
| 151920 CHARD | 1/1/2005 | 000000000073 | Laptop Mike Wilson | 3/31/2006 | 1,732.51 | 360.94 | 000002860 | DELL MARKETING LP |
| 151920 CHARD | 1/1/2005 | 000000000074 | Laptop Christopher Long | 1/1/2006 | 1,732.51 | 360.94 | 000002860 | DELL MARKETING LP |
| 151920 CHARD | 1/1/2005 | 000000000076 | DSU/CSU Module and Routers | 1/1/2006 | 5,224.36 | 1,801.96 | 000002652 | CXTEC |
| 151920 CHARD | 1/1/2005 | 000000000077 | Routers | 1/1/2006 | 2,307.93 | 968.50 | 000002652 | CXTEC |
| 151920 CHARD | 1/1/2005 | 000000000079 | Laptops for Matrix | 1/1/2006 | 14,456.72 | 2,988.15 | 000002865 | CDW DIRECT LLC |
| 151920 CHARD | 1/1/2005 | 000000000080 | Switches | 1/1/2006 | 5,570.07 | 1,921.20 | 000002865 | CDW DIRECT LLC |
| 151920 CHARD | 1/1/2005 | 000000000081 | Miscellaneous hardware | 1/1/2006 | 1,597.98 | 551.18 | 000002865 | CDW DIRECT LLC |
| 151920 CHARD | 1/1/2005 | 000000000082 | Kronos Server | 1/31/2006 | 3,341.79 | 691.38 | 000002865 | CDW DIRECT LLC |
| 151920 CHARD | 1/1/2005 | 000000000083 | Kronos Server | 1/31/2006 | 2,904.56 | 600.33 | 000002865 | CDW DIRECT LLC |
| 151920 CHARD | 1/1/2005 | 000000000084 | Laptop evaluations | 1/31/2006 | 2,255.01 | 466.12 | 000002865 | CDW DIRECT LLC |
| 151920 CHARD | 2/1/2005 | 000000000085 | Kronos server parts | 1/31/2006 | 8,712.59 | 1,641.39 | 000002865 | CDW DIRECT LLC |
| 151920 CHARD | 3/1/2005 | 000000000087 | Monitors | 1/31/2006 | 1,521.02 | 262.51 | 000002865 | CDW DIRECT LLC |
| 151920 CHARD | 9/1/2005 | 000000000089 | PC (MDS Refresh) | 1/31/2006 | 673.05 | 50.48 | 000002865 | CDW DIRECT LLC |
| 151920 CHARD | 10/1/2005 | 000000000090 | Kronos biometric components | 1/31/2006 | 1,200.00 | 70.00 | 000016984 | KRONOS INCORPORATED |
| 151920 CHARD | 11/1/2005 | 000000000091 | kronfix | 1/31/2008 | 1,463.47 | 60.98 | 000016984 | KRONOS INCORPORATED |
| 151920 CHARD | 11/1/2005 | 000000000092 | routers & css | 1/1/2006 | 1,847.33 | 76.97 | 000002652 | CXTEC |
| 151920 CHARD | 11/1/2005 | 000000000093 | assed replacement | 1/31/2006 | 8,657.68 | 360.74 | 000002652 | CXTEC |
| 151920 CHARD | 12/1/2005 | 000000000094 | computer terminals | 1/31/2006 | 655.25 | 16.41 | 000143704 | DATATREK XTREME PC |
| 151920 CHARD | 1/1/2006 | 000000000095 | touch biometric components | 1/31/2006 | 600.00 | 5.00 | 000016984 | KRONOS INCORPORATED |
| 151920 Total | | | | | 198,573.44 | 46,599.75 | | |
| Grand Total | | | | | 210,803.81 | 51,515.43 | | |

Net PPE    159,288

Net PP/E    159,288

THI10116

## SCHEDULE 5H

See attached.

16981179 5

THI10117

SCHEDULE 5H

General Claims and Litigation —
Trans Health Management

| Claimant | Defendant(s) |
|---|---|
| Thornton, Annyce, Estate of | THI of Illinois at Brentwood LLC D/B/A Brentwood Sub-Acute Health Care Center, Inc. |
| Master, Lillian, Estate of | Brentwood Sub-Acute Health Care Center |
| Richard, Delia | CAM-Brentwood, LLC; Integrated Health Services of Brentwood, Inc.; IHS at Brentwood Subacute Healthcare Center |
| Sams, Idellar | Integrated Health Services of Brentwood Inc D/B/A Brentwood Nursing & Rehabilitation Center |
| Babonakis, Nona, Estate of | THI of Nevada at Cheyenne, LLC; ABE Briarwood Corp.; IHS Long Term Care, Inc.; Cheyenne Care Center n/k/a/ College Park Rehab Center |
| Zboril, Karel | Trans Health Management, Inc.; THI of Nevada at Cheyenne LLC D/B/A College Park Rehabilitation Center; IHS |
| Smith, Arneshia, Deceased | THI of Nevada at Cheyenne, LLC, D/B/A/ Cheyenne Care Center |
| Hayes, Foster, Jr., Estate of | THI of Nevada at Cheyenne, LLC; ABE Briarwood Corp.; IHS Cheyenne Care Center; IHS Long Terms Care, Inc. |
| Kramer, Walter | Trans Healthcare, Inc.; THI of Texas at Grace Care Center LLC D/B/A Grace Care Center; THI of Texas LLC; THI of Baltimore Inc; THI Holdings LLC, THI of Baltimore Management, LLC |
| Crank, Donna | THI of Nevada at Las Vegas I, LLC; IHS of Las Vegas n/k/a Harmon Medical and Rehabilitation Center; IHS Long Term Care, Inc. |
| Richard, Brice, Estate of | Integrated Health Services at Silvercrest, Inc. D/B/A Integrated Health Services of Las Vegas; THI of Nevada at Las Vegas I, LLC D/B/A Harmon Medical and Rehabilitation Hospital; Julie Samuels, APN; Abdou & Associates, Ltd D/B/A/ Inpatient Physicians Network of Nevada |
| Keating, Robert | Sunrise Hospital; CAM-Las Vegas LLC D/B/A Transhealthcare Inc.; Harmon Medical & Rehab Hospital |
| Rivas, Steven, Estate of | THI of Nevada at Las Vegas I, LLC D/B/A Harmon Medical and Rehabilitation Hospital; Tushar Shah MD; Abdou and Assoc Ltd; IHS Acquisition No 122 Inc D/B/A Vegas Valley |

10983777_2

THI10118

| Claimant | Defendant(s) |
|---|---|
| | Rehabilitation Hospital; Integrated Health Services at Silvercrest |
| Schaeffer, Viola, Estate of | THI of Nevada at Henderson, LLC; ABE Briarwood Corp.; IHS Long Term Care, Inc.; Henderson Healthcare Center |
| Hall, Carol, Estate of | Trans Healthcare, Inc.; D/B/A Specialty Hospital of Mid America; Providence Medical Center |
| Williams, Mary Ruth | Trans Health Management, Inc. D/B/A Valle Norte Nursing Home |
| Sivoli, Dusahka, Estate of | THI of Nevada at Vegas Valley LLC; DBA Vegas Valley Rehab Hospital |
| Similton, Aaron | Vegas Valley Rehabilitation Hospital; Trans Healthcare Inc D/B/A Vegas Valley Rehabilitation Hospital; THI of Nevada at Vegas Valley LLC D/B/A Vegas Valley Rehabilitation Hospital; IHS Acquisition No 122 Inc. D/B/A Vegas Valley Rehabilitation Hospital; Lance Smith |
| Saxe, Deborah, Estate of | THI of Nevada at Vegas Valley, LLC, D/B/A Vegas Valley Rehabilitation Hospital; IHS Acquisition No. 122, Inc. D/B/A Vegas Valley Rehabilitation Hospital |
| Kroll, Ardyth, Estate of | Trans Health Management, Inc.; Heatherdowns Rehabilitation & Residential Care Center |
| Liebschwager, Sheila | Trans Healthcare Inc. D/B/A Specialty Hospital and/or Albuquerque Care Center |
| Mincher, Peggy Ann | THI of Ohio at Boardman LLC d/b/a Boardman Specialty Care and Rehabilitation Center; St. Elizabeth Health Center |
| Johnson, Robert, Sr. | Transhealthcare, Inc. |
| Chadwick, Elizabeth Ann, Estate of | Southwest Health Care Management Inc D/B/A Amberwood Nursing Center; Southwest Trinity Management LLC D/B/A Amberwood Nursing Center; IHS Acquisition No 100 Inc. D/B/A Bryant Nursing Center; Four Seasons Nursing Centers Inc D/B/A Manor Care |
| Cannon, Henry | IHS Acquisition No. 151, Inc. D/B/A Bryant Nursing Center |
| Hinojosa, Margarite, Estate of | Trans Health Management, Inc. D/B/A Wichita Specialty Hospital D/B/A Cherry Creek Village Nursing Center |
| Kagan, Meyer, Estate of | THI of Nevada II, Inc.; ABE Briarwood Corp.; IHS Long Term Care, Inc.; Desert Lane Care Center |
| Robinson, Joseph, Estate of | THI of Nevada at Desert Lane LLC, D/B/A Desert Lane Care Center; THI of Nevada II at Desert Lane, LLC, DBA Desert Lane Care |

10983773_2

THI10119

| Claimant | Defendant(s) |
|---|---|
| | Center; Richard Scrushy; Brandon O. Hale; William T. Owens, IHS Acquisition No. 151, Inc. D/B/A Desert Lane Care Center |
| Lee, Vickie, Estate of | THI of Baltimore, LLC; D/B/A Edmond Specialty Hospital |
| Abudayyeh, Rada, Estate of | THI of Illinois at Exceptional Health LLC D/B/A Exceptional Health Center |
| Boyle, Valentine | Health Care Property Investors Inc.; Horizon Health Systems, LP.; Integrated Health Services, Inc.; IHS Acquisition No. 146, Inc.; Golden Plains Health Care Center |
| Miller, Ada | THI Holdings LLC; Trans Healthcare Inc.; THI of Baltimore Inc., THI of Pennsylvania at Greenery of Canonsburg LLC D/B/A Greenery Specialty Care Center of Canonsburg; THI of Pennsylvania Inc; Anthony Misitano |
| Langan, George, Estate of | THI of PA at Greenery of Canonsburg Inc D/B/A Greenery Specialty Care Center of Canonsburg; Trans Healthcare Inc. |
| Foote, Marjorie | Hearthstone of N Nevada; ABE Briarwood Corp; Trans Healthcare, Inc.; THI of Nevada at Hearthstone, LLC |
| Lewman, Floyd, Estate of | THI of Nevada at Hearthstone, LLC |
| Villescas, Amanda | THI of Nevada, LLC; THIS of Nevada II at Desert Lane LLC; Trans Health Management, Inc.; IHS Specialty Hospital of Nevada, Inc. |
| Sykes, John, Estate of | THI of Nevada II at Desert Lane LLC D/B/A Horizon Specialty Hospital |
| Gonzalez, Consuelo, Estate of | Trans Health Care Inc A/K/A Trans Health Management Inc.; Las Cruces Nursing Center |
| Acosta, Teresa, Estate of | Trans Healthcare, Inc.; Trans Health Management, Inc.; IHS, Inc.; Las Cruces Nursing Center |
| Jones, Easter, Estate of | Magnolia Manor-Columbia Inc. |
| Lugar, Martha | Magnolia Manor of Moncks Corner |
| Sutton, Magdaline, Estate of | Magnolia Manor-Rock Hill, Inc. N/K/A THI of South Carolina at Rock Hill LLC |
| Chambers, Kathleen, Estate of | Magnolia Place, Inc. D/B/A Magnolia Place at Spartanburg Inc.; Trans Healthcare, Inc. |
| Foster, Calvin, Estate of | Magnolia Place, Inc.; D/B/A Magnolia Place at Spartanburg, Inc.; Trans Healthcare, Inc. |
| Stanfield, John, Estate of | Trans Health Management, Inc.; THI of North Carolina at Nash, LLC; Trans Healthcare, Inc.; THI of Baltimore, Inc.; IHS Acquisition XXXIII, Inc. |
| Battaglia, Charles, Estate of | Ridge Crest Care Center; Trans Healthcare, Inc.; |

3

10983777 1

THI10120

| Claimant | Defendant(s) |
|---|---|
| | White Oak Manor |
| Fink, Bobbie | Trans Healthcare, Inc.; THI of Missouri at Gravois, LLC; Vanee Wongsurawat MD |
| Bueker, Audrey, Estate of | THI of Missouri at Gravois, LLC; D/B/A Sunset Hills Health and Rehabilitation Center; THI of Missouri, LLC D/B/A Sunset Hills Health and Rehabilitation Center |
| Garcia, Trinidad, Estate of | THI of Texas at San Antonio III, LLC D/B/A Texas Specialty Nursing & Rehab Center |
| Markgraf, Lydia | THI of Texas at Ft Worth LLC; THI of Texas at Forth Worth LLC D/B/A The Courtyards at Ft Worth; Trans Healthcare Inc.; Trans Healthcare Inc D/B/A The Courtyards at Ft Worth |
| Bustamante, Simon, Estate of | THI of New Mexico at Vida Encantada LLC; THI of New Mexico, LLC; THI of Baltimore, Inc; Trans Health Management, Inc; Trans Healthcare, Inc; Joe Vega |
| Stevens, Johnny, Estate of | Trans Healthcare, Inc.; Trans Health Management, Inc.; IHS Acquisition No. 130, Inc.; IHS, Inc.; Lyric Healthcare Holdings III, Inc.; Lyric Healthcare, LLC |
| Gallagher, Richard | VIA Christi Regional Medical Center, Inc-St. Joseph Campus; Trans Healthcare Inc. D/B/A Wichita Specialty Hospital; THI of Kansas at Wichita Specialty LLC D/B/A Wichita Specialty Hospital; HCA Wesley Rehab Hospital Inc.; Healthsouth Corporation |
| Giden, Myrtle, Estate of | IHS At Winterhaven, Inc.; IHS Acquisition No. 151, Inc.; Trans Healthcare, Inc.; Trans Health Management, Inc. |
| Aegis Services, Inc. | Trans Healthcare, Inc., Trans Health Management, Inc., Trans Healthcare of Ohio, Inc., THI Holdings, LLC, GTCR Fund VI, LP., Doe THI Entities |
| Aegis Services, Inc. (Third Party Complaint) | Trans Healthcare, Inc., Trans Health Management, Inc., Trans Healthcare of Ohio, Inc., THI Holdings, LLC, THI Services Corp., THI of Cleveland, Inc., GTCR Fund IV, LP, Erickson, Goldberg, Janotta, Bennett, Doe THI Entities |
| Barnhill, Jeffrey and H.C.M.B.C., Inc. | Trans Healthcare, Inc., Trans Health Management, Inc., THI Holdings, LLC, GTCR Fund IV, LP, GTCR Partners IV, LP, GTCR Golder Rauner, LLC, Bennett, Janotta |
| Lyric Healthcare, LLC, et al. | THI Holdings, Inc. [sic]; THI of Baltimore, Inc.; Trans Healthcare, Inc.; Trans Health Management, Inc. |
| MJW (Third Party Complaint) | Trans Healthcare, Inc., Trans Health |

4

THI10121

| Claimant | Defendant(s) |
|---|---|
|  | Management, inc., Trans Healthcare of Ohio, Inc., THI Holdings, Inc. (NOT LLC), GTCR Fund VI, LP. |
| Latham, Rosemary | THI of Kansas at Golden Plains, LLC |
| The Law Offices of Douglas C. Crawford | IHS of Las Vegas |
| Little Forest Medical Center | Trans Healthcare, Inc., THI of Baltimore Management, LLC, THI of Ohio at Colonial Manor, LLC, THI of Ohio at Imperial, LLC, ABE Briarwood Corp., Integrated Health Services, Inc., IHS Acquisition No. 151, Inc., Lexington Insurance |
| Gilliland, Judy, Estate of | Trans Health Management, Inc.; Trans Healthcare, Inc.; IHS Acquisition No. 130, Inc.; IHS Facility Management, Inc.; Lyric Healthcare Holdings III, Inc.; Lyric Healthcare LLC; TFN Health Care Investors, LLC; Abe Briarwood Corp; IHS, Inc. |
| Hurris, Laura | Trans Healthcare, Inc.; Trans Health Management, Inc.; IHS, Inc.; IHS Acquisition No. 130, Inc.; Lyric Healthcare Holdings III, Inc.; Lyric Healthcare LLC; TFN Health Investors, LLC; Abe Briarwood Corp; et al |
| Berryman, Doyle | Hobbs Health Care Center |
| Blake, Geraldine | Harmon Medical and Rehabilitation Center |
| Campbell, Vada | Vegas Valley rehabilitation Hospital |
| Guerrero, Socorro | Southwest Regional Skilled Nursing Center |
| Perea, Jake, Estate of | Michael Rice, MD and THI of Texas at Lubbock I, LLC d/b/a Southwest Regional Specialty Hospital |
| Pestano, Hildebrand | Indian Meadows Healthcare Center |
| Randolph, Mary | Vegas Valley Rehabilitation Hospital |
| Ratliff, Carolyn | Courtyards at Fort Worth |
| Smead, Gencieve | Southwest Regional Specialty Hospital |
| Ulrich, Tommi | The Park in Plano |
| Vest, Walter | Texas Specialty Hospital at Wichita Falls |
| Washington, Madie | Indian Meadows Healthcare Center |
| Williford, Mary, Estate of | Southwest Regional Skilled Nursing Center |
| Ellis, Lela Ethel | THI of Kansas at Specialty Hospital LLC, Trans Healthcare, Inc, Trans Health Management, Inc. d/b/a Specialty Hospital of Mid-America, THI of Kansas at Indian Meadows, LLC, Trans Health, Inc., Trans Health Management Inc. d/b/a Indian Meadows Healthcare Co. |
| Reaves, Henretta | Brentwood sub-Acute Healthcare Center |
| Wilson, Shirley, Estate of | THI of Michigan at Clarkston, LLC d/b/a |

5

10983777_2

THI10122

| Claimant | Defendant(s) |
|---|---|
| | Clarkston Specialty Healthcare Center |
| Smith, Eugene | Brentwood Sub-Acute Healthcare Center |
| Miranda, Marguerite, Estate of | Bethamy Living Center Limited Partnership d/b/a Integrated Health Services of Florida at Clearwater; LPC Bethamy Health Corporation; Bethamy Living Center Management Company; Lyric Health Care Holdings III, Inc.; Lyric Health Care Holdings IV, Inc.; Lyric |
| Van Sweden, Alma | Trans Health management, Inc. and Doctors Healthcare |
| Nunziata, Elvira, Estate of | Pinellas Park Nursing Home, Inc; Claremont Healthcare Holdings, Inc; Claremont Healthcare, LLC; Lyric Healthcare, LLC; IHS Acquisition No. 153, Inc.; TFN Health Care Investors, LLC; Alliance Health Services, Inc; Trans Health Management, Inc; Kimberly Mo |
| Harrison, Bryce | Trans Health Management, Inc. |
| Barrese, Albert | Trans Health Management, Inc. |
| Stewart, Lois Sarah | Trans Health Management, Inc. |
| Mitchell, Evelyn | IHS Acquisition No 127, Inc. d/b/a Integrated Health Services at Midwest City, Lyric Healthcare Holdings III, Inc., Lyric Healthcare, LLC, Trans Health Management, Inc. Trans Health Care, Inc., Timothy F. Nicholson Health Care Investors, LLC |
| Webb, Joseph | Trans Health Management, Inc., Trans Healthcare, Inc., University Place Care & Rehab Center, Gainesville Health Care Center, Inc., Lyric Health Holdings I, Inc., Lyric Health Care Holding, Inc., Lyric Health Care LLC, Integrated Health Services, Inc., Cla |
| Bell, Josephine Gibson | Plumblee Nursing Center |
| Carter, Raymond | THI of North Carolina at Nash, LLC d/b/a Nash Rehabilitation and Nursing Center, Trans Health Management, Inc., THI of North Carolina LLC and Donna Cook |
| Jordan, Margaret, Estate of | Cambleton Healthcare Center |
| Anderson, Clara | Sunset Hills Health & Rehabilitation Center |
| Arevalo, Catarino | Texas Specialty Nursing and Rehab Center f/k/a Medical Center Nursing Facility (at San Antonio) |
| Arviso, Donna | Albuquerque Care enter f/k/a Horizon Health Care Nursing Center |
| Baylor, Annie | Magnolia Manor-Greenwood, Inc. |
| Bennett, Carolyn Rose, Estate of | THI of New Mexico at Casa Arena Blanca LLC d/b/a Casa Arena Blanca Nursing Center |
| Bledsoe, Jason | Cherry Creek Village Nursing Center |
| Bostic, Marjorie | Magnolia Manor-Inman |

6

109863737 7

THI10123

| Claimant | Defendant(s) |
| --- | --- |
| Bridges, Jeffrey | Texas Specialty Nursing and Rehab Center f/k/a Medical Center Nursing Facility (at San Antonio) |
| Caffey, Nolan | The Village at Richardson |
| Copersmith, Nettie, Estate of | North Las Vegas Care Center |
| Davis, Minnie | Texas Specialty Hospital at Houston |
| Deemer, John | Mountainview Specialty Care Center |
| Evans, Johnny, Estate of | Shamrock Nursing & Rehabilitation Center |
| Foskin, Kelsey (Minor) | Edmond Specialty Hospital |
| Gay, Opal | Forest Lane Healthcare Center |
| Good, Alice | Mimosa Manor |
| Grant, Lessie | Magnolia Manor-Greenwood |
| Hampson, Roxie | Greenery Specialty Care Center (of Canonsburg) |
| Hemer, Robert | The Village at Richardson |
| Horton, Vada, Estate of | Canyon Healthcare Center |
| Leiva, Adelaida Lopez | Texas Specialty Nursing and Rehab Center f/k/a Medical Center Nursing Facility (at San Antonio) |
| Lemaster, Lewis earl | The Village at Richardson |
| Loving, Tyree | The Village at Richardson, Integrated Health Services, Inc. |
| Lucher, Robert | Winterhaven Healthcare Center |
| Metze, Lula Mae | Magnolia Manor-Columbia |
| Neighly, Thurza | Mountainview Specialty Care Center |
| Parsley, Sharon | The Village at Richardson |
| Pullaro, Susie | Las Cruces Nursing Center |
| Robb, Lois | Mountainview Specialty Care Center |
| Rodriguez, Mary | Winterhaven Healthcare Center |
| Sampson, Everlean | Desert Lane Care Center |
| Valdez, Pedro | THI of Texas at San Antonio III LLC; THI of Texas, LLC; Texas Specialty Nursing and Rehab Center |
| Chagolla, Ismael, Estate of | Salado Creek Senior Care, Inc. d/b/a Salado Creek Living & Rehabilitation Center; VHS San Antonio Partners LP d/b/a Baptist Hospital and THI of Texas at San Antonio II, LLC d/b/a Specialty Hospital of San Antonio |
| Cromwell, Nathaniel, Estate of | THI of Nevada II at North Las Vegas LLC d/b/a North Las Vegas Care Center |
| Pedretti, Andrew, Estate of | THI of Nevada II at Desert Lane LLC d/b/a Desert Lane Care Center |
| Stewart, Mary Jane, Estate of | THI of Nevada at Desert Valley Therapy, LLC d/b/a Harmon Medical and Rehabilitation Hospital; Cleveland Resthome; Herbert Damaso, Emilie Damaso |
| Esposito, Linda | Indian Creek Healthcare Center |

10963777.1

THI10124

| Claimant | Defendant(s) |
|---|---|
| Moore, Vera, Estate of | Grace Care Center |
| Richardson, Howard. | Courtyards at Fort Worth |
| Whalley, Wanda | Hearthstone of Northern Nevada |
| Kratzer, Dorothy | Trans Health Management, Inc. and Pinellas Park Nursing Home, Inc. |
| Singleton, Florence, Estate of | Cedarcroft Health Services, Inc., d/b/a Integrated Health Services of St. Louis at Big Bend Woods a/k/a IHS of St. Louis at Big Bend Woods, Monarch Properties, Lyric Health Care Holdings III, Inc., Trans Health Management, Inc. |
| Martinez, Amalia, Estate of | Trans Healthcare, Inc., Trans Health Management, Inc., Integrated Health Services, Inc., Mountain View Health Care, IHS at Hanover House, Inc. a/k/a Integrated Health Services at Hanover House, Inc., Lyric Health Care Holdings III, Inc., Lyric Health Care |

### Other Proceedings

Corporate Integrity Agreement (the "Corporate Integrity Agreement") between the Office Of Inspector General Of The Department Of Health And Human Services and Integrated Health Services, Inc.

Letter Agreement, dated August 28, 2003, between THI of Baltimore, Inc. and ABE Briarwood Corp. regarding Corporate Integrity Agreement

8

10583322_2

THI10125

Employment Litigation -- Trans Health Management

| Claimant | Defendant(s)/Facility(ies) |
|---|---|
| Clark, Cheryl | Trans Health Management, Inc. (and THI of South Carolina at Moncks Corner, LLC d/b/a Magnolia Manor - Moncks Corner |
| Hutchison, Diana | Silver Springs Healthcare Center and Trans Health Management, Inc. |
| Mares, Terry | Trans Health Management, Inc. (Third-Party Defendant) (Lyric building) |
| Troupe, Kimberly | Brighton Place West |

9

THI10126

Claims re Lyric -- Trans Health Management

| Claimant | Defendant |
|---|---|
| Van Sweden, Alma | Trans Health Management, Inc. |
| Miranda, Marguerite | Trans Health Management, Inc. |
| Barrese, Albert | Trans Health Management, Inc. |

10

10983777 2

THI10127

EEOC Claims Summary -- Trans Health Management

| Claimant | Defendant(s)/Facility(ies) | State |
|---|---|---|
| Green, Perndette | Trans Health Management, Inc. | NV |

10953717.2

THI10128

Workers Compensation Claims -- Trans Health Management

| Claim ID | Claimant |
|---|---|
| C395C6488229 | Breed;Roger |
| C540C8614463 | Carraway;Alexis L |
| C310C8081733 | Chapman;Christine L |
| C144C1898292 | Cole;Katherine |
| C445C2623665 | Crosby;Robert |
| C540C8621525 | Denner;Marsha |
| C144C2814658 | Diacogiannis;Emmanuel |
| C540C8614452 | Fulton;Vandeline |
| C144C190519X | Shaffer;Herbert |

10983777_2

THI10129

## SCHEDULE 5I

<u>Collective Bargaining Agreements:</u>

None.

<u>Exceptions to Last Sentence of Section 5I:</u>

THM is a party to a Guaranty, dated as of November 1, 2002 in favor of Ventas Realty, Limited Partnership; the beneficiary of such Guaranty has asserted defaults under documents evidencing the obligations guaranteed under such Guaranty

THM is a party to a Guaranty of Recourse Obligations, dated as of November 1, 2002 in favor of Ventas Realty, Limited Partnership (assigned to General Electric Capital Corp.); the beneficiary of such Guaranty has asserted defaults under documents evidencing the obligations guaranteed under such Guaranty

THM is a party to a Guaranty (Group A), dated as of December 31, 2003, in favor of CapitalSource Finance LLC; the beneficiary of such Guaranty has asserted defaults under documents evidencing the obligations guaranteed under such Guaranty

THM is a party to a Guaranty (Group B), dated as of December 31, 2003, in favor of CapitalSource Finance LLC; the beneficiary of such Guaranty has asserted defaults under documents evidencing the obligations guaranteed under such Guaranty

THM receives notices from vendors from time to time indicating that payments to such vendors are past due, sometimes threatening remedial action against the Companies and Subsidiaries if payments are not made by a stated date.

H0983179_5

THI10130

## SCHEDULE 5K

None.

THI10131

## SCHEDULE 5M

See items numbered 7 and 8 on Schedule 5O.

THI10132

## SCHEDULE 5O

Transactions described in the Purchase Agreement.

Trans Health Management, Inc. is a party to Management Services Agreements with each direct or indirect Subsidiary of Trans Healthcare, Inc. that operates a health care facility.

Trans Health Management, Inc. has provided services to THI of Baltimore Management, LLC in exchange for the payment of certain amounts.

Management Services Agreement, dated as of May 24, 2004, between Trans Health Management, Inc. and Thomas Erickson, a member of the board of managers of THI Holdings, LLC, and a member of the boards of directors of Trans Healthcare, Inc., Trans Health Management, Inc. and THI of Baltimore, Inc.

See items in Schedule 2G.

Other Agreements and Arrangements

1.   Trade Vendors

- Preferred Provider Agreement between Omnicare, Inc. and THMI dated October 1, 2003.

- Vendor Agreements

    3M

    Abbott Labs/Medisense

    Advance

    ALT (Advanced Laboratory Technologies)

    American Solutions for Business

    Arjo

    Ballard Medical Products

    Basic American Foods

    Becton Dickinson

    Best Vendors

    BG North America

13

THI10133

Bird Products/Viasys

Briggs

Brown & Partners

Campbell Soup Co.

Clear Springs

Coloplast

Con Agra

Convatec

Country Home Bakes (Readi-Bake)

Custom Database Management

Darlington Farms

Dean Dairy Group

Diamond Crystal

Dinex

Direct Supply Inc.

Docunet Business Systems/Ricoh

Eco Lab

Encompass/Lintex

FallGard

Farmland

Georgia Pacific/Dixie

Heinz

Heritage Bags

Hill Rom

Hollister

14

THI10134

Home Depot Supply

Hormel Foods

Hormel Healthlabs

HP Hood

Hudson RCI

Imagistics

INOVUS

Invacare

Iron Mountain

Jones Dairy Farms

KCI

Kellogg's and Keebler

Kendall

Leahy/IFP

LIKO

Lyons Magnus

Maid Rite

Mallinckrodt (Nellcor Puritan Bennett)

MedaSTAT

Mediq PRN - see hill Rom

Medline Industries

Michaels Foods

Molnlycke

Neopost

Novartis

THI10135

Omnicare

PHH

Phoenix Textile

Pierre Foods

Pioneer Mills

R. F. Technologies

Ralston Foods

Respironics

S&D Coffee

Sammons Preston Rolyan

Senior Technologies

Sten-Barr Medical

Sturm Foods

Summit Services

Sun Rich Foods

Sunny Fresh Foods

Super Bakery

Sysco

Tandus

THInet/DSSI

Trident

Tyson Foods

UPS

Viking Seafoods

Zartic

16

10981179_5

Zoll Medical

2.      IT Vendor Agreements

- Avaya and Integrated Health Services, Inc. (6/9/03 -- Service)

- CareCentric national LLC and Trans Health Management, Inc. (11/3/03 – Software License and Software Maintenance)

- Computer Associates International, Inc. and Trans Healthcare, Inc. (5/25/05)

- Computer Programs & Systems, Inc. and Integrated Health Services, Inc. (11/12/98 - System License, Purchase and Outsourcing).

- Comtronic Systems, Inc. and Trans Health Management, Inc. (10/7/03 - Debtmaster Software License).

- Data Control Technology and Trans Health Management, Inc. (4/1/04 – Software License Agreement)

- Hewlett-Packard and Integrated Health Services, Inc. (11/25/04 – Support)

- IBM and Integrated Health Services, Inc. (12-1-05 – 11/30/06 – Maintenance Services)

- Iron Mountain (5/21/01 off-site data storage)

- Lynee Onufer (9/4/04 -- Independent Contractor Service)

- MapQuest and Trans Health Management, Inc. (8/1/03, Amended 8/1/05 – Mapping Functions)

- MedEvolve, Inc. and Trans Health Management, Inc. (5/27/04 – Purchase Plan and Software License)

- MicroFocus, Inc. and Trans Health Management, Inc. (11/29/04)

- Microsoft Licensing, GP and Trans Healthcare (3/30/05 -- Desktop Software)

- Oracle and Trans Health Management, Inc. (10/18/95, Assigned 10/21/03 – Software

- Peak Technologies, Inc. and Trans Healthcare, Inc.

- PeopleSoft and Trans Healthcare, Inc. (9/15/95, Assigned 8/30/03 -- Software HR, Financial, Merant)

17

10981179_5

THI10137

- Peregrine/Remedy and Integrated Health Services, Inc. (2/1/00 – Maintenance) (now known as BMC Software)

- Quest Software, Inc. and Integrated Health Services, Inc. (6/28/01 – Software)

- SAS Institute Inc. and Integrated Health Services, Inc. (8/2/95 – Institute Software)

- SBC (4-13-04-07 local telephone service)

- SQRIBE Technologies Corp. (Brio Portal) and Integrated Health Services, Requested change to Trans Health Management, Inc. (12/29/98 – Software License Agreement (CPU/Servers)

- Sterling Commerce (Pending contract from vendor – Network Software)

- Symantec and Trans Healthcare, Inc. (3/28/05)

- SunGard Treasury Systems and Integrated Health Services, Inc. (7/1/97 – Recovery Services)

- Veritas Software Corporation and Trans Healthcare, Inc.

- Weiland Financial Group, Inc. (Division of SunGard) and Integrated Health Services, Inc. (10/6/97 – Bank Relationship Manager)

- Weiland Financial Group, Inc. and Integrated Health Services, Inc. (10/21/97- Software license)

- US Lec of Maryland and Trans Healthcare, Inc., Trans Healthcare – Sparks Corporate Office (5/20/05 – Voice Telecom)

- Verizon Wireless and Trans Health Management, Inc. (4/20/04 (unsigned) – Wireless)

3.    Benefits (See Attachment A)

4.    Insurance

| Type of Coverage | Carrier/ Policy Number | Policy Period | Coverage Form/ Policy Limits | Deductible | Annual Premium |
|---|---|---|---|---|---|
| Directors & Officers Liability (Including Entity and EPLI Coverages) | National Union Fire Insurance Company 491-09-07 | 03/12/05 - 03/12/06 | Claims Made $20,000,000 Aggregate For All Loss Combined | $0 Judgments $500,000 EPLI N/A Security Claims $350,000 All Other Claims | $598,972 |

18

10981179_5

THI10138

| Workers' Compensation (AOS) | Ace American Insurance Company WLR C44001998 | 01/01/06 - 01/01/07 | Workers' Compensation Statutory Limits Employers' Liability $1,000,000 each accident $1,000,000 each employee per disease | N/A | $5,584,585 |
|---|---|---|---|---|---|

5.  Employment agreement between Trans Healthcare, Inc. and Michael Wilson, dated November 1, 2003

6.  Consulting Agreement, dated as of July 1, 2004, among GTCR Golder Rauner, L.L.C., THI of Baltimore, Inc. and William S. Goldberg

7.  Indemnification Agreement between Mike Wilson and Trans Health Management, Inc., June 2005

8.  <u>Employment Agreements</u>:

   - Thomas Lowenkamp and Trans Health Management, Inc., June 30, 2005

   - Toni-Jean Lisa and Trans Health Management, Inc., June 30, 2005

   - Mark McKenzie and Trans Health Management, Inc., June 30, 2005

   - Cheryl Battee and Trans Health Management, Inc., June 30, 2005

   - Karen McDonald and Trans Health Management, Inc., June 30, 2005

   - Russell Metcalfe and Trans Health Management, Inc., June 30, 2005

   - Louis Hillegass and Trans Health Management, Inc., May 28, 2004

19

10981169_5

THI10139

## ATTACHMENT A

Employee Benefits Summary

| | Vendor | THI Contracting Legal Entity | Covered Employees | | | Contract Term |
|---|---|---|---|---|---|---|
| | | | THI, Inc. Facilities | Baltimore Facilities | THI Mgt Corp. | |
| Medical Benefits | Carefirst/BCBS | THI Baltimore | X | X | X | 1/1/05 - 12/31/05 |
| | Health Assurance | THI Baltimore | | X | X | 1/1/05 - 12/31/05 |
| | Health Plan of Nevada | THI Baltimore | | X | X | 1/1/05 - 12/31/05 |
| Pharmacy Benefits | Medco | THI Baltimore | X | X | X | 1/1/04 - 12/31/07 |
| Dental Benefits | Aetna | THI Baltimore | X | X | X | 1/1/05 - 12/31/05 |
| Vision Benefits | VSP | THI Baltimore | X | X | X | 1/1/05 - 12/31/05 |
| Benefits Administrator | Trion | THI Baltimore & THI, Inc. | X | X | X | 6/15/04 - 6/16/07 |
| Disability Benefits | UNUM | THI Baltimore | X | X | X | 1/1/05 - 12/31/05 |
| Life Insurance Benefits | UNUM | THI Baltimore | X | X | X | 1/1/05 - 12/31/05 |
| 401K Program | CitiStreet | THI Holdings | X | X | X | thru 10/01/09 |

THI10140

SCHEDULE 5Q

| Corporation | Type of Stock | Par Value | Shares Authorized | Shares Issued | Sole Shareholder |
|---|---|---|---|---|---|
| Trans Health Management, Inc. | Common | $0.01 | 100 | 100 | Trans Healthcare, Inc. |

All of the issued and outstanding common stock of THM has been pledged to Ventas Realty, Limited Partnership pursuant to that certain Guarantor Pledge and Security Agreement, dated as of November 1, 2002, among Ventas Realty, Limited Partnership, Seller and certain Subsidiaries of Seller to secure the obligations of Seller, THM and other Persons under that certain Guaranty, dated as of November 1, 2002, executed by Seller, THM and certain Subsidiaries of Seller in favor of Ventas Realty, Limited Partnership.

THI10141