# In Re: Fundamental Long Term Care, Inc., Debtor

# Estate of Juanita Jackson, et al.

# v.

# General Electric Capital Corporation, et al.

May 23, 2014

Prepared by:
Oscher  Consulting, P.A.

In Re: Fundamental Long Term Care, Inc., Debtor

Estate of Juanita Jackson, et al.

v.

General Electric Capital Corporation, et al.

## Table of Contents

|                                | Page(s) |
|--------------------------------|---------|
| Understanding                  | 3       |
| Background                     | 5       |
| Findings                       | 5       |
| Conclusion                     | 11      |

Exhibits:

| Steven S. Oscher's Curriculum Vitae | Exhibit A |
|-------------------------------------|-----------|
| Steven S. Oscher's Rule 26 Disclosure | Exhibit B |
| Information Considered | Exhibit C |

## UNDERSTANDING

Trans Healthcare, Inc. ("THI") was founded in 1998. Through various subsidiaries, THI operated nursing homes, assisted living facilities and long-term acute care hospitals throughout the United States. Prior to March 2006, Trans Health Management, Inc. ("THMI") was a wholly-owned subsidiary of THI providing management services, including clinical services and compliance, business management, corporate financial control, financial analysis, accounts payable and receivable management, corporate and tax accounting, payroll and benefits administration to THI's operating subsidiaries.

THI was initially funded by a private equity firm consisting of the GTCR VI Executive Fund, LP, GTCR Fund VI, LP, GTCR Associates VI, GTCR Partners VI, LP, and GTCR Golder Rauner, LLC, (collectively the "GTCR Group") that by 2002, owned 82.7% of the stock of THI.

THI Holdings, LLC ("THIH") was created by GTCR Group in December 2002 for the purpose of owning and holding the stock of THI and other THIH subsidiaries, including THI of Baltimore, Inc. ("THI of Baltimore") and THI of Nevada II, Inc. ("THI of Nevada"). In the creation of THIH, the GTCR Group, which had previously held approximately 83% of the stock in THI, exchanged its stock for an equal amount of the stock of THI Holdings.

THI of Baltimore was created in 2003 and subsequently entered into an agreement with ABE Briarwood Corporation ("ABE") to operate the nursing homes acquired by ABE in the bankruptcy of Integrated Health Services, Inc. ("IHS"). ABE was created by Rubin Schron ("Mr. Schron"), Murray Forman ("Mr. Forman") and Leonard Grunstein ("Mr. Grunstein"). THMI provided management services to the facilities operated by THI of Baltimore until approximately March 2006.

In March 2006, two linked transactions were executed whereby THI sold 100% of the stock of THMI to Fundamental Long Term Care, Inc. ("FLTCI" or "the Debtor") and

THIH sold 100% of the stock of THI of Baltimore and THI of Nevada to Fundamental Long Term Care Holdings, LLC ("FLTCH").

In the first linked transaction, the operations previously provided by THMI were taken over by a subsidiary of THI of Baltimore (now owned by FLTCH), THI of Baltimore Management, LLC ("THMI- Baltimore"). Substantially the same services are currently being provided by Fundamental Administrative Services, LLC ("FAS"), a subsidiary of FLTCH.

In the second linked transaction, THI sold all of its stock in THMI to the Debtor. The Debtor had been incorporated shortly before the sale by the law firm where Mr. Grunstein was a partner. The Debtor was created at the direction of Mr. Forman. In late February 2006, the Debtor's Statement or Organization was updated to indicate that Barry Saacks ("Mr. Saacks") was the sole director of the Debtor.   Mr. Saacks was not aware of his acquisition of THMI for $100,000 and did not have the financial resources to make such a purchase.

The Plaintiffs allege that the Defendants transferred certain valuable assets of THMI for the benefit of the Defendants, and subsequently sold the stock of the revenue generating entity to the Debtor, to the detriment of THMI and its creditors.  The result was the Debtor was unable to pay its debts.

Counsel for the Plaintiffs has engaged Oscher Consulting, P.A. and Steven S. Oscher ("Oscher") to review and analyze the financial records of THI, THMI and any other evidence related to the Plaintiff's claim of successor liability against FAS, FLTCH, and THI of Baltimore, and to prepare a conclusion on his findings.

# BACKGROUND

Steven S. Oscher ("Mr. Oscher") is a Certified Public Accountant and the Managing Director of Oscher Consulting, P.A.   Prior to forming Oscher Consulting, P.A., Mr. Oscher was with an international accounting firm where he served as an Audit and Quality Review partner and Director of their Central Florida Litigation Services Department.

Mr. Oscher is a graduate of the University of South Florida and received his BS in Accounting in 1977.   Mr. Oscher is a member of the Association of Certified Fraud Examiners and has been accredited as a Certified Fraud Examiner.   He has also been accredited by the American Institute of CPAs in the area of Business Valuation and Financial Forensics.   He has worked on numerous engagements involving forensic accounting issues, investigations of fraudulent conduct and the analysis of economic damages.

A copy of Mr. Oscher's curriculum vitae is attached as Exhibit A.   A listing of cases in which Mr. Oscher has provided testimony at trial or deposition is attached as Exhibit B.  Mr. Oscher is compensated at the rate of $395 per hour.

# FINDINGS

As previously noted, the Plaintiffs have alleged that FLTCH, FAS, THIB, Mr. Schron, Mr. Grunstein and Mr. Forman (collectively, the "Fundamental Enterprise") is "a. ...a mere continuation of the THI Enterprise; b. the merger of the THI Enterprise into the Fundamental Enterprise was a de facto merger; c. that the 2006 transaction wherein the stock and liabilities of THMI were sold to FLTCI and the assets of the THI Enterprise were sold to FLTCH was a fraudulent effort to avoid the liabilities of the THI Enterprise [1]; or d. that the Fundamental Enterprise is liable for the debt and liabilities of

---

[1] Defined in the Amended Complaint as THIH, and its subsidiaries, THI, THMI, THIB and THIBM

5

the THI Enterprise, including Plaintiffs' claims and judgments, as successors-in-interests." [2]

It is my understanding that information relevant to my engagement has recently been produced and that additional documentation will be produced in the future. Although I have not been given the opportunity to review these materials, the following are my findings to date.

## Successor Liability

The Plaintiffs argue that the Fundamental Enterprise is a continuation of the THI Enterprise. Judge Williamson's *Memorandum Opinion on Motions to Dismiss* restates that successor liability can be established on any of four grounds:

- successor corporation expressly or impliedly by assumed the obligations of the predecessor corporation;
- the transaction was a *de facto* merger;
- the successor corporation is a mere continuation of the predecessor corporation;
- the transaction was a fraudulent effort to avoid the liabilities of a predecessor corporation.

## Successor Corporation is a Mere Continuation of the Predecessor Corporation

### Continuity of Management Services

Prior to the March 2006 transactions, THMI was providing management services to nursing home operators that were organized under THI and THI of Baltimore, both

---

[2] Amended Complaint, Count VIII para 726

being subsidiaries of THIH, as well as a "true third-party agreement" with Lyric Healthcare.[3]

Deposition testimony of Mark Fulchino ("Mr. Fulchino") and Sean Nolan ("Mr. Nolan"), former senior employees and officers of THMI, indicates that the management services being provided included accounting, payroll, finance, tax, accounts payable, treasury and legal support.[4] Mr. Fulchino reports approximately the same menu of services being provided by THMI- Baltimore from March 2006 until approximately September of 2006 and by FAS starting some time in the fall of 2006.[5]

Deposition testimony of Ken Tabler[6] ("Mr. Tabler") supports what Mr. Fulchino indicated, that THMI- Baltimore had few or no employees before March 2006.[7] Exhibit 21 from Mr. Tabler's deposition indicates monthly salaries paid by THMI- Baltimore of approximately $20,000 in March 2006 compared to more than $1.9 million for April 2006.

An examination of employee rosters produced as Exhibits 19 and 20 to Mr. Tabler's deposition also supports the assertion that THMI-Baltimore provided a continuity of services to THMI. Approximately 320 employees listed on Exhibit 19 as employees of THMI prior to March 18, 2006 are included on Exhibit 20 with a start date at THMI-Baltimore of March 19, 2006[8].

Mr. Nolan describes the change in his employment from THMI to THMI-Baltimore as follows:

> "Q: When the stock of THIB was sold, how, if at all, did your job change?
> A: With the stock of Trans Health Baltimore- well, THIB, I was hired by THI of Baltimore Management.
> Q: Did you fill out a job application?

---

[3] Deposition of Sean Nolan, p.145, l.22 – p. 146, l. 7
[4] Deposition testimony of Mark Fulchino, p. 204, l. 5 – 9. Deposition testimony of Sean Nolan, p.144, l. 14 - 23
[5] Deposition testimony of Mark Fulchino, p. 205, l.3 – p. 207, l.15.
[6] Deposition of Ken Tabler, p. 269 - 276
[7] Deposition of Mark Fulchino, p.202, l.23 – 24.
[8] According to an email [FAS003648] from MaryAnne Lubertine to Ken Tabler, announced start date for transitioning employees at THMI- Baltimore was March 29, but the payroll cycle began on March 19, 2006

*A: I did not.*

*Q: Did you go on an interview?*

*A:  I wouldn't say that it was, it wasn't a typical interview where I put a resume together and sent it out. But I did sit down with, with Brad Bennett and had discussions about Trans Health Baltimore Management.*

*Q: And what was the nature of those discussions?*

*A: Basically to become an employee of that entity and provide, provide services, the same support services to the nursing homes that were then subsidiaries of THI of Baltimore, Inc."[9]*

It is worth noting that at the time, prior to the sale of THMI[10], W. Bradley Bennett ("Mr. Bennett") was the CEO of THMI. The testimony of Mr. Fulchino is consistent with that of Mr. Nolan.  Mr. Bennett was the person who spoke to him about joining THMI-Baltimore.[11] We have also examined a letter and an email, both dated March 30, 2006 from Mr. Bennett [FAS 003644 –FAS 003647]. The letter, on letterhead reading "Fundamental" with an address of 910 Ridgebrook Road, Sparks, MD, is addressed to "All Employees". It indicates that:

> "There will be a change in the Corporate structuring. Wherein, all employees of the Corporation (i.e. Sparks based personnel)…will be employed by a newly-formed entity, THI of Baltimore Management, LLC.
> [...]
> Your wages, benefits and compensation package will remain the same and continue without interruption."

It is apparent from the deposition testimony of Mr. Fulchino, Mr. Nolan and Mr. Tabler, that immediately after the March 2006 transactions substantially the same

---

[9] Deposition of Sean Nolan, p. 97, l. 25 – p. 98, l. 17
[10] Mr. Nolan indicates it was "definitely before" the sale. Deposition of Sean Nolan, p.99, l.14 - 20
[11] Deposition of Mark Fulchino, p.50, l. 1 - 4

employees were providing the same services to the same nursing homes. Additional indications of the continuity of business include:

- The same office buildings, located at 910 -920 -930 Ridgebrook Road in Sparks, MD;
- The offices, office furniture, and substantially the same computers remained in use;
- The accounting software, PeopleSoft, remained in use. This software remained in use by THMI- Baltimore and later, FAS. We have examined records produced[12] noting that approximately 720 general ledger journal entries for the THMI business unit were posted on or after April 1, 2006.

It appears that many of the key leadership team and former officers[13] of THMI remained intact in the transition to THMI- Baltimore.

| Name | Ending THMI Position | Starting THMI-Baltimore Position | Starting Date THMI-Baltimore[14] | Resignation Date THMI | Bonus paid March 28, 2006 |
|---|---|---|---|---|---|
| W. Bradley Bennett | CEO | CEO | 3/29/2006 | 7/6/2006 | $313,358 |
| Mark Fulchino . | CFO | CFO | 3/29/2006 | 7/6/2006 | 138,327 |
| Toni-Jean Lisa | SVP General Counsel and Secretary | EVP, General Counsel and Secretary | 3/29/2006 | 7/6/2006 | 98,230 |
| Sean Nolan | SVP Corporate Controller | SVP-Finance, Chief Accounting Officer | 3/29/2006 | 7/6/2006 | 85,562 |
| Kimberly McCarty | VP, Treasurer | VP, Treasurer | 3/29/2006 | 7/6/2006 | 0 |
| Melissa Warlow Elkins | VP, Assistant Secretary | VP, Assistant Secretary | 3/29/2006 | 7/6/2006 | 0 |

---

[12] [TEEDOC000001 - TEEDOC 032401] in the file "11000_ledger_jan_mar2006.xls"
[13] [THI Consent in lieu of Special Meeting of Board of Directors, Receiver Collection 0000007]
[14] FAS003648

**Testimony of Kristi Anderson ("Ms. Anderson")**

Ms. Anderson, former senior counsel at THIBM and subsequently general counsel at FAS, testified that after THMI was sold to FLTCI, legal services continued to be provided by FAS for the benefit of THMI. These legal services were provided at the direction of Toni-Jean Lisa ("Ms. Lisa"), general counsel for FAS, and Mr. Forman. She further testified that Ms. Lisa advised her that Christine Zack ("Ms. Zack"), in-house counsel for FAS, was authorized to act on behalf of THMI per Mr. Forman.

Ms. Anderson testified that when she raised concerns about the validity of a Termination and Assumption Agreement Mr. Saacks had purportedly signed, she was prevented from completing her investigation, as the litigation file was sent to an attorney at the Proskauer Rose law firm at the direction of Mr. Forman.

Later in Ms. Anderson's deposition when asked certain questions regarding corporate separateness her testimony was:

> "Q:  Okay. Did you think that the creation of the Vida Encantada termination
>      and assumption agreement was a fraud on the court in New Mexico?
> MR. MCCOSKEY: Object to form. Foundation.
> A:  Yes.
> Q:  Why?
> A:  Because any blatant misrepresentation to the court is, violates rules of
>      ethical conduct and fraud is when you create a document to clean up your
>      prior wrong act."[15]

---

[15] Deposition of Kristi Anderson on May 14, 2014 pg. 702 lines 15-24

**The Transaction was a Fraudulent Effort to Avoid the Liabilities of a Predecessor Corporation**

### Mr. Saacks

It appears that Mr. Saacks not only had no idea that he had purchased THMI but that in order to obtain his signature on certain documents he received a $4,000 fee from the Troutman Sanders law firm at the request of Mr. Grunstein. We also noted that Mr. Grunstein subsequently submitted and was reimbursed by Troutman Sanders for the amounts paid to Mr. Saacks [TS006443 – TS006446] and that an invoice (No. 451605) for "Expense advances through 04/03/06" in the amount of $4,042 was sent to Fundamental Long Term Care Holdings, LLC to the attention of Mr. Forman [TS006447].

## CONCLUSION

As previously noted, we are aware that the Court has ordered the production of additional documentation. It is my understanding that partial production was received by the Chapter 7 Trustee's financial expert but has not been reviewed by him or received by me for review.

While my findings to date indicate that there is a basis for determination by the Court of successor or alter ego liability, I will reserve my conclusion until I have received and reviewed the additional documentation.

Steven S. Oscher
May 23, 2014

11

# STEVEN S. OSCHER, CPA

**Education:**

- **B.S. Accounting, 1977**
   **University of South Florida**
- **Graduate studies at University of South Florida**
   **as well as continuing professional education as an**
   **instructor and student**

**Employment:**

| | |
|---|---|
| **1990 – Present** | **Oscher Consulting, P.A.** |
| | **Managing Director** |
| **1990 – 1991** | **Coopers & Lybrand - Consultant** |
| **1984 – 1990** | **Laventhol & Horwath - Partner** |
| | **Director, Litigation Support Services** |
| | **Director, Accounting & Auditing Services** |
| **1981 – 1984** | **Coopers & Lybrand - Audit Manager** |
| **1977 – 1981** | **Grant Thornton - Audit Supervisor** |

**Professional:**

- **AICPA- ABV Designation (Accredited in Business Valuation)**
- **AICPA – CFF Designation (Certified in Financial Forensics)**
- **Florida Institute of CPAs**
- **Association of Certified Fraud Examiners (Accredited as a CFE)**
- **FICPA Valuation and Litigation Section Steering Committee**
- **USF School of Accountancy, Past Chairman Advisory Board**
- **USF College of Business, Deans Advisory Board**
- **National Association of Forensic Economists**
- **Florida State Board of Accountancy, past Chairman and Vice Chairman**
- **American Arbitration Association, National Roster of Neutrals member**
- **Thirteenth Judicial Circuit Business Courts - Committee Member**

**Community:**
**(current and past)**

- **USF Physicians Group of the USF College of Medicine, University Medical**
   **Service Association, Inc. and USF Medical Services Support**
   **Corporation-Board of Directors-Audit Committee Chairman**
- **Florida Bar Grievance Committee**
- **Leadership Tampa, Past Chairman**
- **University of South Florida**
   **National Alumni Association, Past President**
- **Hillsborough County Bar Association-Associate Member**
- **Sun Dome, Inc., Board of Directors President-Audit Committee Chairman**
- **The Florida Aquarium, Board of Directors**
- **Judicial Nominating Commission, Thirteenth Circuit, Former**
   **Commissioner**
- **Accountants Independence Task Force Committee, Former Chairman**

**Publications:**

- **"Preparation of a Case:  Inception to Trial"**
   *Florida CPA Today*

**Military:**

- **1966 – 1972    U.S. Navy - Submarine Service; Clearance:  Top Secret**

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| Jay Daigneault, Esquire<br>Frazier, Hubbard, Brandt, Trask &<br>Yacavone, LLP<br>595 Main Street<br>Dunedin, FL 34698 | United States District Court,<br>Middle District of Florida,<br>Tampa Division<br><br>Case No.: 8:05-cv-1696-T-30-<br>MSS | Matthew Schwarz, et al.<br>v. City of Treasure Island and<br>City of Treasure Island Code<br>Enforcement Board<br>Case No.: 8:05-CV-1855-30-<br>TGW City of Treasure Island v.<br>Gulf coast Recovery<br>Incorporated, et al. |
| Ryan Barack<br>Kwall, Showers, Coleman & Barack, P.A.<br>133 North Ft. Harrison Avenue<br>Clearwater, FL 33755 | In the Circuit Court of the<br>Thirteenth Judicial Circuit in and<br>for Hillsborough County,<br>Florida, Civil Division<br><br>Case No.: 03-7618, Division J | Shirley/Hutchinson<br>Creativeworks, Inc.<br>v.<br>Troy Dunn |
| William B. Bowles, Jr., Esq.<br>Morgan & Morgan<br>One Tampa City Center<br>201 N. Franklin Street<br>7th Floor<br>Tampa, Florida 33602 | | Judy Moore<br>v.<br>MHC The Meadows At<br>Countrywood, LLC, a<br>Delaware Limited Liability<br>Company |
| D. Todd Smith, Esq.<br>Attorney at Law<br>1250 Capital of Texas Highway South<br>Building 3, Suite 400<br>Austin, Texas 78746 | International Institute for<br>Conflict Prevention and<br>Resolution Non-Administered<br>Arbitration | Pavillion Management<br>Company, a Florida<br>Corporation<br>v.<br>Consumer Plumbing Recovery<br>Center, Inc., a non-profit Texas<br>Corporation |

Steve Oscher
Prior Testimony

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| Kelly L. Kubiak, Esq.<br>Merlin Law Group<br>777 S. Harbour Island Boulevard<br>Suite 950<br>Tampa, Florida  33602 | In the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida<br><br>Case No.:  562005CA001087A-XXXHC(BC) | Fort Pierce Bowl v. North Pointe Insurance Company |
| Richard M. Hanchett, Esq.<br>Trenam Kemker<br>101 E. Kennedy Boulevard<br>Suite 2700<br>Tampa, Florida  33602 | AHLA ADRS Case No. A-110606-469<br>Arbitrators' File No. 500/003 | Manasota Medical Associates, LLC ("MMA")/Sheri Weinstein, M.D. |
| Clifton C. Curry, Jr.<br>Curry & Associates, P.A.<br>Laviva Professional Center<br>750 W. Lumsden Road<br>Brandon, FL 33511 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, State of Florida - Family Law Division<br><br>Case No. 04-007984, Div. B | Diehl v. Diehl |
| Burton Wiand<br>Fowler White Boggs Banker<br>501 East Kennedy Boulevard<br>Suite 1700<br>Tampa, Florida  33602 | National Association of Securities Dealers<br>NASD Case No. 0600654 | Steven C. Heller v. InterSecurities, Inc. |
| Gregory Orcutt, Esq.<br>Matthew Lucas, Esq.<br>Bricklemyer Smolker & Bolves, P.A.<br>500 East Kennedy Boulevard<br>Suite 200<br>Tampa, Florida  33602 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida<br>Case No.:  05-CA-8045, Div. J | Gulfcoast Workstation Corp. v. American Data Computer Products, Inc. |

Steve Oscher
Prior Testimony

## STEVEN S. OSCHER
## OSCHER CONSULTING
## LITIGATION BACKGROUND

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| John B. Hutton<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131 | U.S. Bankruptcy Court<br>Middle District of Florida<br>(Tampa)<br>Adversary Proceeding #: 8:07-ap-00332-MGW | DEP Marketing v. Textron |
| Marion Hale, Esq.<br>Johnson, Pope, Bokor, Ruppel & Burns, P.A.<br>911 Chestnut Street<br>Clearwater, Florida  33756 | Sixth Judicial Circuit<br>Pinellas County, Florida<br>Case No.522004CA05200XXCICI | AMS Staff Leasing v. Bankers Insurance |
| Robert Johnson, Esq.<br>GrayRobinson, P.A.<br>201 N. Franklin Street<br>Suite 2200<br>Tampa, Florida  33602 | In theCircuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida<br><br>Case No.:  03-11714 | Saddle River Associates, Inc., Edward Botwinick, Victoria A. Brown, Andrew Botwinick, and Eric Botwinick<br>v.<br>Rivero, Gordimer & Company and Lionel D. Martinez |
| D. Frank Winkles, Esq.<br>Winkles Law Group, P.A.<br>707 North Franklin Street<br>2nd Floor<br>Tampa Theatre Building<br>Tampa, Florida  33602 | | Kwalwassser v. New York Life Insurance and Paul Revere Insurance |
| Mark C. Anderson, Esq.<br>Fowler White Boggs Banker, P.A.<br>P.O. Box 1567<br>Fort Myers, Florida  33901 | In the Circuit Court of the Twentieth Judicial Circuit in and for Sarasota County, Florida<br><br>Case No.:  2004-CA-012462NC | Accusearch Information Systems, Inc.<br>v.<br>Vengroff, Williams & Associates, Automotive Finance Corporation, and Automotive Finance Canada, Inc. |

Steve Oscher
Prior Testimony

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| Richard M. Hanchett, Esq.<br>Trenam Kemker<br>101 E. Kennedy Boulevard<br>Suite 2700<br>Tampa, Florida 33602 | American Health Lawyers Association Arbitration<br><br>AHLA ADRS Case No.: A-110606-489<br><br>Arbitrator's File No.: 500/003 | Manasota Medical Associates, LLC ("MMA")/Sheri Weinstein, M.D. |
| Burton Wiand<br>Fowler White Boggs Banker<br>501 East Kennedy Boulevard<br>Suite 1700<br>Tampa, Florida 33602 | United States District Court Middle District of Florida CASE NO.: 8:07-cv-0401-T-27TGW | New York Life Insurance Company v. Zelda J. Waxenberg, Trustee on Behalf of the Zelda J. Waxenberg Family Trust, and Burton W. Wiand, as Receiver, et al. and Burton W. Wiand, as Receiver, et al., Cross-Claimant, v. Zelda J. Waxenberg Trustee, Cross-Claim Defendant. |
| Lawrence P. Ingram, Esq.<br>Phelps Dunbar LLP<br>100 South Ashley Drive<br>Suite 1900<br>Tampa, Florida 33602 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida – Civil Division | Barry D. Flagg v. Brown & Brown, Inc. f/k/a The Connelly Insurance Group, Inc. d/b/a Connelly Insurance Group |
| Stephen Cohen, Esquire<br>Williams Schifino Mangione & Steady<br>201 North Franklin Street, Suite 3200<br>Tampa, Florida 33602<br>Telephone (813) 221-2626, Ext. 298<br>Facsimile (813) 221-7335 | Case Number: 05-04554 | David McCoy vs. GunnAllen Financial Inc. |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| Michael S. Hooker, Esquire<br>Glenn Rasmussen Fogarty & Hooker, P.A.<br>100 South Ashley Drive, Suite 1300<br>Tampa, Florida  33602<br>(813) 229-3333  Fax (813) 229-5946 | Case no. 99-7945            In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida | Legion Insurance Company vs. U.S Bank National Association |
| Ernest J. Marquart<br>Shumaker, Loop & Kendrick, LLP<br>101 East Kennedy Boulevard<br>Suite 2800<br>Tampa, Florida 33602-5151<br>Telephone:  (813) 229-7600<br>Facsimile:  (813) 229-1660 | United States District Court<br>Middle District of Florida<br>Tampa Division<br>Case No. 8:05-CV-1512-T-27TBM | American Color Graphics, Inc. v. Brooks Pharmacy, Inc. |
| Kelly K. Gray, Esquire<br>Gun Law Group, P.A.<br>777 S. Harbour Island Boulevard<br>Suite 765<br>Tampa, FL 33602<br>(813) 228-9400 | United States District Court<br>Middle District of Florida<br>Tampa Division<br>Case No. 8:06-CV-01529-JDW-EAJ | Richard S. Gallina and Horne Brothers Construction, Inc. vs. Commerce and Industry Insurance and Commercial Union Insurance n/k/a One Beacon America Insurance Company |
| Michael G. Mardis<br>Akerman Senterfitt<br>SunTrust Financial Centre, Suite 1700<br>401 East Jackson Street<br>Tampa, Florida 33602<br>Telephone: 813-223-7333 | In the Circuit Court of the Tenth Judicial Circuit in and for For Polk County, Florida<br>Case No.:  07-CA-361 | Jerue, Kirchen and Campano, L.C., a Florida limited liability company v. Richard F. Kirchen |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| Karen E. Lewis, Esquire<br>Trenam Kemker<br>101 E Kennedy Blvd<br>Suite 2700<br>Tampa, FL 33602<br>(813) 223-7474 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Family Division<br>Case No. 02-19273<br>Division D | Dwayne K. Calton and Nanci Lubrano Calton |
| Raul Valles, Jr., Esquire<br>Rocke, McLean and Sbar<br>2309 S. MacDill Avenue<br>Tampa, FL 33629 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, State of Florida Civil Division<br>Case No. 06-CA-001255 | Magnecel Services, LLV vs. Hernando HMA, INV., DBA Spring Hill Regional Hospital |
| Frank Winkles, Esq.<br>Winkles Law Group, P.A.<br>707 N. Franklin Street, 2nd Floor<br>Tampa, FL 33602<br>(813) 226-3090 | In the Circuit Court of the Ninth Judicial Circuit in and for Orange County Florida, Civil Division        Case No. 51-2007-CA-00859-WS-G | Traci Wohlgemuth vs. Robert White |
| Edward J. Peterson, Esq.<br>Stichter Riedel Blain & Prosser P.A.<br>110 East Madisson Street, Suite 200<br>Tampa, FL 33602<br>(813) 229-0144 | United States Bankruptcy Court Middle District of Florida Tampa Division<br>Case No. 8:08-bk-05299-CPM | Blue Stone Real Estate, Construction & Development Corporation, et al. |
| Frank Winkles, Esq.<br>Winkles Law Group, P.A.<br>707 N. Franklin Street, 2nd Floor<br>Tampa, FL 33602<br>(813) 226-3090 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Division J<br>Case No. 02-10593 | John I. Allgaier vs. Richard Livernois, et al. |
| Gianluca Morello, Esq.<br>Fowler White Boggs Banker P.A.501 East Kennedy Blvd.<br>Tampa, FL 33602<br>(813) 769-7867 | United States District Court Middle District of Florida Tampa Division<br>Case No. 8:08-cv-00728-T-27MSS | Burton W. Wiand, as Receiver for Howard Waxenberg Trading, L.L.C., HKW Trading LLC, and HKw Trading Fund I LLC |

Steve Oscher
Prior Testimony

Exhibit B

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| <u>FIRM</u> | <u>CASE NUMBER</u> | <u>CASE NAME</u> |
|---|---|---|
| Michael R. Levin<br>Baker Hostetler<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, Florida  32801-3432 | In the Circuit Court of the<br>Thirteenth Judicial Circuit in and<br>for Hillsborough County, Florida<br>Case No. 2003-11714<br>Division F | Saddle River Associates, Inc.,<br>Edward Botwinick, Victoria A.<br>Brown, Andrew Botwinick,<br>and Eric Botwinick<br>v.<br>Rivero, Gordimer & Company<br>and Lionel D. Martinez |
| Mahlon H. Barlow<br>Sivyer Barlow & Watson, P.A.SunTrust<br>SunTrust Financial Centre<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602 | In the Circuit Court of the<br>Thirteenth Judicial Circuit in and<br>for Hillsborough County, Florida<br>Case No. 05-5959, Division A | Bisk Education, Inc. f/k/a<br>Totaltape, Inc., a Florida<br>Corporation v. Bradley E..<br>Atchinson, et al. |
| Cynthia May<br>Greenberg Traurig<br>Greenberg Traurig, PA |Suite 100|<br>625 East Twiggs Street<br>Tampa, FL 33602 | American Arbitration<br>Association<br>Case No. 33 180 Y 00474 08 | Schaffer v. The Eye Physicians |
| Brian  Josias<br>Hill Ward Henderson<br>3700 Bank of America Plaza<br>101 East Kennedy Boulevard<br>Tampa, FL  33602 | U.S. District Court<br>Middle District of Florida<br>Ocala Division<br>Case No.:  5:05-CV-328-OC-<br>10GRJ | White Construction v. Martin<br>Marietta |
| Devon O. Ombres<br>Cole, Scott & Kissane, P.A.<br>Bridgeport Center, Suite 750<br>5201 West Kennedy Boulevard<br>Tampa, FL  33609 | Circuit Court of the Sixth<br>Judicial District in and for<br>Pinellas County Florida<br>Case No: 08-007738-CI-20 | Linda McDonald, as Guardian<br>of Alta Brooks v. Shelley A.<br>Einbecker; North Pinellas<br>Anesthesia Associates, et al. |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| Gregory P. Brown<br>Hill Ward Henderson<br>3700 Bank of America Plaza<br>101 East Kennedy Boulevard<br>Tampa, FL  33602 | Circuit Court of the Twentieth<br>Judicial Circuit in and for Lee<br>County, Florida<br>Case No:  08-CA-007795 | Legends Golf & Country Club<br>Master Association, Inc., v.<br>Lennar Homes, LLC, Kings<br>Wood Development Company,<br>LC and Lennar Corporation |
| Lawrence P. Ingram<br>Phelps Dunbar, LLP<br>100 South Ashley Drive Suite 1900<br>Tampa, FL  33602 | Circuit Court of the Thirteenth<br>Judicial Circuit, in and for<br>Hillsborough County, Florida<br>Case No.: 08-08105 | Brown & Brown, Inc. v.<br>Accretive Insurance Group,<br>Inc., et al |
| C. Philip Campbell, Jr.<br>Shumaker, Loop & Kendrick, LLP<br>Bank of America Plaza<br>101 East Kennedy Boulevard, Suite 2800<br>Tampa, FL  33602 | Circuit Court of the Thirteenth<br>Judicial Circuit, in and for<br>Hillsborough County, Florida<br>Case No.: 02-12315 | James R. Wilson, M.D.; et al v.<br>University Community<br>Hospital, Inc. |
| Jason Moyer<br>Meredith Delcamp<br>Fowler White Boggs P.A.<br>501 E. Kennedy Boulevard, Suite 2700<br>Tampa, FL  33602 | Circuit Court of the Nineth<br>Judicial Circuit, in and for<br>Orange County, Florida, Case<br>No. 2008-CA-009397 | Fields Motorcars of Florida,<br>Inc. v. Carlos A. Kirigin-<br>Villena, Taddei Auto Sales,<br>Inc., Manuel Soltero, and<br>Prime Wholesalers, Inc., a/k/a<br>Caribe Trading Co., Inc. |
| Thomas P. Scarritt, Jr.<br>Scarritt Law Group<br>1405 West Swann Avenue<br>Tampa, FL  33606 | United States Middle District<br>Court, Middle District of<br>Florida, Tampa Division, Case<br>No. 8:05-CV-1697-T-30MAP | Matthew Schwarz, et al v. City<br>of Treasure Island, et al |
| Robin S. Trupp, Esquire<br>Arnstein & Lehr, L.L.P.<br>Two Harbour Place<br>302 Knights Run Avenue - Suite 1100<br>Tampa, Florida  33602 | United States Bankruptcy Court,<br>Middle District of Florida,<br>Tampa Division, Chapter 11<br>Case No. 8:10-bk-06231-CED | In re AUM Shree, LLC., d/b/a<br>Comfort Inn |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| Mindy R. Richter<br>Shumaker Loop & Kendrick, LLP<br>101 E. Kennedy Boulevard,<br>Suite 2800<br>Tampa, FL 33602 | United States District Court<br>Middle District of Florida,<br>Tampa Division, Case No. 8:09-<br>CIV-386-EAK-MAP | Alps South, LLC v. The Ohio<br>Willow Wood Company |
| Tabatha Liebert<br>David D. Ferrentino<br>Allen Dell, P.A<br>202 South Rome Avenue<br>Suite 100<br>Tampa, FL 33606 | United States District Court<br>Middle District of Florida,<br>Tampa Division, Case No. 8:07-<br>CV-01937-JDW-EAJ | Pegasus Imaging Corporation<br>v. Northrop Grumman<br>Corporation and Integic<br>Corporation |
| Daniel P. Dietrich<br>Williams Schifino Mangione & Steady,<br>P.A. 201 N. Franklin Street, Suite 3200,<br>Tampa, FL 33602 | United States District Court<br>Middle District of Florida,<br>Tampa, Division, Case Number:<br>8:10-CV-399-JDW-TBM | Vapco, Inc. and Interbay<br>Ventrues, Inc. v. Perfecta<br>Products, Inc. |
| William J. Hazzard<br>Sonia M. Diaz<br>Coleman, Hazzard & Taylor, P.A.,<br>2640 Golden Gate Parkway,<br>Suite 304, Naples, FL 34105 | United States District Court<br>Middle District of Florida, Fort<br>Myers Division, Case Num ber<br>2:10-cv-91-FtM-36DNF | Spartan Holdco, LLC v.<br>Cheeburger Cheeburger<br>Restaurants, Inc. |
| Jeffrey Snyder<br>Bilzin Sumberg Baena Price & Axelrod<br>LLP<br>1450 Brickell Avenue<br>23rd Floor, Miami FL 33131 | United States Bankruptcy Court<br>for the Middle District of<br>Florida, Tampa Division<br>Case No. 8:10-bk-19606-KRM | Blake's Double D, Inc. |
| Christine Marlewski<br>GrayRobinson, P.A.<br>201 N. Franklin Street<br>Suite 2200<br>Tampa, Florida 33602 | United States District Court<br>Middle District of Florida,<br>Tampa, Division, Case Number:<br>8:09-cv-989-JSM-AEP | Doctors' Administrative<br>Solutions, LLC v. Allscripts,<br>LLC and David Schlaifer |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| Steven M. Berman<br>Shumaker, Loop & Kendrick, LLP<br>101 East Kennedy Boulevard<br>Suite 2800<br>Tampa, FL  33602 | United States Bankruptcy Court Middle District of Florida, Tampa, Division, Chapter 11 Case Number:  0:10-bk-03090-DHA | In re North Bay Village |
| C. Philip Campbell, Jr.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Boulevard<br>Suite 2800<br>Tampa, FL  33602 | In the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County Civil Division, Case No. 07-15878 Division "B" | Alejandro Robles, Francisco C. Robles v. Eric D. Isenbergh |
| William M. Stainton<br>Andrew W. Brown<br>Macfarlane Ferguson & McMullen<br>One Tampa City Center<br>201 N. Franklin Street,  Suite 2000<br>Tampa, FL  33602 | | In the Arbitration of:<br>James E. Clark, Claimant  vs.<br>Jack D. Suarez, Respondent |
| Kenneth A. Rubin<br>Greenspon Marder, P.A.<br>Trade Centre South, Suite 700<br>100 W. Cypress Creek<br>Ft. Lauderdale, FL  33309 | In the Circuit Court of the Fifteenth Judicial Circuit In and For Palm Beach County, Florida, Case No. 03-CA-011897-XXXCDAJ | Mellon Bank, N.A., Katherine e. Moran, Matthew R. Moran and meghan A. Moran, as the Personal Representatives of the Estate of James M. Moran, Jr., and Via South Florida, LLC v. Carlton Fields, P.A. and Linda J. Harris |
| Jessica Kirkwood Alley<br>Phelps Dunbar, LLP<br>100 South Ashley Drive, Suite 1900<br>Tampa, FL  33602 | In the Circuit Court of the Twelfth Judicial Circuit Court In and For Sarasota, Florida, Case No. 2008 CA 18070 | TiBar, LLC, Teresa Basnight, and Michael A. Basnight v. Williams, Parker, Harrison, Dietz & Getzen, P.A., John Moore and Terri Costa |
| Jaime Austrich<br>Shumaker, Loop & Kendrick, LLP<br>101 East Kennedy Boulevard<br>Suite 2800<br>Tampa, FL 3 3602 | U.S. District Court, Southern District of Florida, Case No. 0:10-62130-CIV-Martinez-McAliley | Wacker Chemical Corporation v. Nebula Glass International, Inc., d/b/a Glasslam USA |

Steve Oscher
Prior Testimony

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| **FIRM** | **CASE NUMBER** | **CASE NAME** |
|---|---|---|
| C. Philip Campbell, Jr.<br>Michele L. Hintson<br>Shumaker, Loop & Kendrick, LLP<br>Bank of America Plaza<br>101 East Kennedy Boulevard, Suite 2800<br>Tampa, FL 33602 | In the Circuit Court of the Twenteith Judicial Circuit, Charlotte County, Florida, Case No. 09-2707-CA | Hiren Patel, M.D., Individually and Dipal Patel, M.D., Individually v. Bala Nandingam, M.D., Usha K. Nandigam, M.D., Harbor Cardiology & Vascular Center, P.A., and City Center, LLC |
| Thomas Roebig<br>Florin Roebig, P.A.<br>777 Alderman Road<br>Palm Harbor, FL 34683 | In the Circuit Court of the Sixth Judicial Circuit, Pinellas County, Florida, Case No. 09-5634-CI-15 | PEO Depot, Inc. and Employers-Partners, Inc. v. FrankCrum Corporate, Inc., FrankCrum Staffing, Inc., FrankCrum 1, Inc., FrankCrum 2, Inc., FrankCrum 3, Inc., FrankCrum 4, Inc., FrankCrum 5, Inc., FrankCrum 6, Inc., FrankCrum 7, Inc., FrankCrum 8, Inc., Frank Crum 11, Inc., FrankCrum 12, Inc., all Florida corporations individually and collectively doing business as FrankCrum f/k/ Crum Services and John Doe individuals and entities 1 - XX |
| Daniel McBreen<br>de la Parte & Gilbert, P.A.<br>101 E. Kennedy Blvd., Suite 2000<br>Tampa, FL 33602 | In the Circuit Court of the Sixth Judicial Circuit, Pinellas County, Florida, Case No. 08-40-CI-13 | Darryl Iwai, as Personal Representative of the Estate of Kenneth Iwai, Deceased v. Galen of Florida, Inc., d/b/ aSt. Petersburg Hospital, Melanie Dearman, R.N. and Cross Country Travcorps, Inc. |

Steve Oscher
Prior Testimony

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| <u>FIRM</u> | <u>CASE NUMBER</u> | <u>CASE NAME</u> |
|---|---|---|
| Michael Whitt, Esquire<br>Becker & Poliakoff<br>Six Mile Corporate Park<br>12140 Carissa Commerce Court<br>Ste 200<br>Ft. Myers, FL  33966 | In the Circuit Court of the<br>Twentieth Judicial Circuit In and<br>For Charlotte County, Florida<br>Case No. 09-4561-CA | Charlotte County v. River<br>Haven, Inc. |
| Darren R. Inverso<br>Norton, Hammersley, Lopez<br>& Skokos, P.A.<br>1819 Main Street, Suite 610<br>Sarasota, FL  34236 | In the Circuit court of the<br>Twelfth Judicial Circuit, In and<br>For Sarasota County, Florida | Wayne S. Dictor v. Stephen J.<br>Martin, Karin a. Grablin,<br>Martin Wealth Management,<br>LLC, a Florida limited liability<br>company, and Dictor & Martin,<br>Inc., a Florida corporation d/b/a<br>Dictor/Martin |
| Lisha Bowen<br>Swope & Rodante, P.A.<br>1234 5th Avenue, E.<br>Tampa, FL  33605 | In the Circuit Court of the<br>Twelfth Judicial Circuit, In and<br>For Manatee County, Florida,<br>Case No. 2011-CA-00374 | Timothy Young v. Roberg C.<br>Nyberg, Ronald E. Baker,<br>Roundtree Transport & Riging,<br>Inc., The L.E. Myers Company,<br>Florida Power & Light<br>Company; Charles A. Lefevre;<br>Palm Beach Trucking LLC<br>d/b/a Mercant Transport, Inc.<br>and General Motors, LLC |
| Robin S. Trupp, Esquire<br>Arnstein & Lehr, LLP<br>302 Knights Run Avenue, Suite 1100,<br>Tampa, FL  33602 | In the Circuit Court of the<br>Thirteenth Judicial Circuit In and<br>For Hillsborough County,<br>Florida Case No. 09-10930 (G) | Big Pimpin', LLC v. Ring<br>Power Corporation |
| Charles Wachter, Esquire<br>Holland and Knight<br>100 North Tampa Street,<br>Suite 4100<br>Tampa, FL  33602 | American Arbitration<br>Association Southeast Regional<br>Center | Prolink Solutions, LLC v.<br>David Chessler |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| V. Stephen Cohen, Esq.<br>Pedro F. Bajo, Jr.<br>Bajo Cuvo Cohen & Turkel, P.A.<br>100 North Tampa Street, Suite 1900<br>Tampa, FL  33602 | In the Circuit Court of the Twentieth Judicial Circuit, In and For Lee County, Florida, Case No. 10-CA-004821 Class Representation | Lucarelli Pizza & Deli, et al, individually and on behalf of the class it represents vs. TECO Energy, Inc., Peoples Gas System (Florida), Inc. and Posen Construction, Inc. |
| Gregory Orcutt, Esq.<br>Gregory J. Orcutt, P.A.<br>P.O. Box 260275<br>Tampa, FL  33634 | In the Circuit Cuirt of the Twentieth Judicial Circuit, In and For Charlotte County, Florida, Civil Division, Case No. 09-6064-CA | JVRNK, LLC v. City Center, LLC |
| John Mullen, Esq.<br>Jessica Kirkwood Alley, Esq.<br>PHELPS DUNBAR, LLP<br>100 South Ashley Drive, Suite 1900<br>Tampa, FL  33602 | United States District Court, Southern District of Florida, Case No.09:08-CV-HURLEY/HOPKINS (lead case) (Consolidated with Case no. 08-61508) | AXA Equitable Life Insurance Company v. Infinity Financial Group, LLC, et al |
| Neal Sivyer, Esquire<br>Sivyer Barlow & Watson, P.A.<br>401 E. Jackson Street, Suite 2225 Tampa, FL  33602 | In the Circuit Court of the Twentieth Judicial Circuit, In and For Lee County, Florida Case No.:  11-CA-000207 | Mask Partners, LLC, a Florida; and EarthMark Companies, LLC, v. Taylor Woodrow Communities at Heron's Glen, LLC; Taylor Morrison, Inc.; Windham/Magnolia Landing, LLC |
| Joseph H. Varner, Esquire<br>Holland & Knight, LLP<br>100 N. Tampa Street, Suite 4100, Tampa, FL  33602 | In the Circuit Court For the Thirteenth Judicial Circuit, In and For Hillsborough County, Florida Case No. 11-005595 | SP Healthcare Holdings, LLC and ASC Holdings, Inc. v. Surgery Center Holdings, LLC, Armenia Ambulatory Surgery Center, LLC, Surgery Center Holdings, Inc. and H.I.G. Middle Markets, LLC |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| Thomas Roebig, Jr. Esquire<br>Florin Roebig, P.A.<br>777 Alderman Road,<br>Palm Harbor, FL 34683 | In the Circuit Court For the Sixth Judicial Circuit, In and For Pinellas County, Florida Case No. 12-2006-CI-15 | Caroll Carpenter v. Katherine Downs |
| Harley Storrings, Esquire<br>Arnstein & Lehr, LLP<br>200 South Biscayne Blvd., Suite 3600<br>Miami, FL 33131 | American Arbitration Association Case No. 33 194 Y 00367 12 | Environ International Corporation v. Lennar Corporation |
| Kenneth G. Turkel, Esquire<br>Bajo Cuva Cohen & Turkel, P.A.<br>100 North Tampa Street, Suite 1900<br>Tampa, FL 33602 | American Arbitration Association Case No. 33 460 0027312 | James Pyne v. IMG College, LLC |
| Warren R. Trazenfeld, P.A.<br>2030 South Douglas Road<br>Suite 210<br>Coral Gables, FL 33134-4620 | 09-14448 CI-20<br>Circuit Court, 6th Judicial Circuit, State of Florida, Pinellas County | James P. Gills, Trustee of the James P. Gills Rollover IRA, Jireh of Pinellas, Inc., as General Partnership of the Gills Family Limited Partnership, a Florida limited partnership, Trust For Rehabilitation And Nurturing Youth and Families, Inc., a Florida corporation, James P. Gills Foundation, Inc., a Florida corporation v. KPMG LLP, a Delaware limited liability company and Donald Packard |
| Robert L. Rocke, Esquire<br>Rocke, McLean & Sbar, P.A.<br>2309 S. MacDill Avenue<br>Tampa, FL 33629 | 8:11-CV-1925-T-26 FAJ<br>United States District Court, Middle District of Florida, Tampa Division | SMA Portfolio Owner, LLC v. CPX Gateway OPAG, LLC, a Florida limited liability company, Corporex Business Park-Property Owners Association, Inc., a Florida nonprofit corporation v. Bank of America, N.A. |

Steve Oscher
Prior Testimony

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| <u>FIRM</u> | <u>CASE NUMBER</u> | <u>CASE NAME</u> |
|---|---|---|
| J. Todd Timmerman, Esquire<br>Shumaker, Loop & Kendrick, LLP<br>101 E Kennedy Boulevard, Suite 2800<br>Tampa, FL 33602 | 8:12-CV-755-RAL-TBM<br>United States District Court,<br>Middle District of Florida,<br>Tampa Division | Yellow Pages Photos, Inc. v.<br>Ziplocal, LP, and Yellow Pages<br>Group, LLC |
| Beth A. Cronin, Esquire<br>Trenam Kemker<br>200 Central Avenue, Suite 1600<br>St. Petersburg, FL 33701 | 8:12-cv-00557-JDW-EAJ<br>United States District Court,<br>Middle District of Florida,<br>Tampa Division | Burton W. Wiand, Esq., as<br>Court-Appointed Receiver for<br>Scoop Real Estate, L.P.,<br>Valhalla Investment Partners,<br>L.P., Victory IRA Fund Ltd.,<br>Victory Fund, Ltd., Viking IRA<br>Fund, LLC, and Viking Fund,<br>LLC v. Wells Fargo Bank,<br>N.A., as successor-in-interest<br>to Wachovia Bank, N.A. and<br>Timothy Ryan Best |
| Shaina Thorpe          Allen,<br>Norton & Blue, P.A.      324 South<br>Hyde Park Avenue<br>Hyde Park Plaza, Suite 225<br>Tampa, Florida 33606 | 8:13-cv-74-JSM-MAP   United<br>States District Court, Middle<br>District of Florida, Tampa<br>Division | Todd R. Brien v. David<br>Romine, individually, as Police<br>Chief of St. Pete Beach, and<br>Mike Bonfield, individually,<br>and as City manager of St. Pete<br>Beach, and The City of Pete<br>Beach, a Florida Municipality |
| Todd Timmerman<br>Shumaker, Loop & Kendrick, LLP<br>101 East Kennedy Boulevard, Suite 2800<br>Tampa. Florida 33602 | 13-10546 (KG)<br>United States Bankruptcy Court<br>District of Delaware | SuperMedia LLC |

Steve Oscher
Prior Testimony

Exhibit B

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|---|---|---|
| Bill Larson & Larson, P.A. Larson 11199 69th Street North Largo, FL 33773 | 8:13-cv-00639-JDW-MAP United States District Court, Middle District of Florida, Tampa Division | Micro Man Distributors, Inc., a Florida corporation, v. Louis Glunz Beer, Inc., an Illinois corporation |
| Robin Trupp Greenspoon Marder SunTrust Financial Centre 401 E. Jackson Street Suite 2450 Tampa, FL 33602 | 06-2535-CI-13 In the Circuit County of the Sixth Judicial Circuit in and for Pinellas County, Florida | Reyes Roman, Marlene Roman, and Guerrero Corporation v. Lorenzo Castrejon and Leticia Castrejon |
| Frank Jakes Johnson Pope 403 East Madison Street Suite 400 Tampa, FL 33602 | 8:12CV691-T-24MAP United States District Court Middle District of Florida Tampa Division | Industrial Engineering & Development, Inc., Innovative Cartridge Technologies, Inc., Cartridge Corporation of America, Inc., American Imaging Cartridge, LLC; and Universal Imaging Holdings, LLC v. Static Control Components, Inc. |

Information Considered Exhibit C

1998 THI Amendment to Certificate of Incorporation
1998 THI Stock Certificate - GTCR Associates VI
1998 THI Stock Certificate - GTCR Executive Fund VI
1998 THI Stock Certificate - GTCR Fund VI
1998-01-05 Kanavy Employment Agreement
1998-01-30 GTCR Fund VI Certificate of limited partnership
1998-04-23 GTCR Fund VI Certificate of limited partnership
1998-04-24 GTCR Agreement of Limited Partnership
1998-04-24 GTCR Fund VI Agreement of limited partnership
1998-07-06 THI Written Consent of Directors - executed
1998-07-06 THI Written Consent of Shareholders re Amend Certificate
1998-07-14 GTCR Golder Rauner, LLC and THI Professional Services Agreement
1998-07-14 Professional Services Agreement GTCR-THI
1998-07-14 Purchase Agreement GTCR-THI
1998-07-14 Registration Agreement GTCR THI
1998-07-14 Stockholders agreement - unsigned
1999-12-31 Trans Healthcare Inc. Audited Financials
2000- THI Consolidated Financials
2000-03-31 GTCR Amended & Restated Agreement of Limited Liability Co.
2000-03-31 THI receivership (Nunziata) Docs picked at production 6-23-11 Aquis, '00-'01 Purch Docs -Facilities
2000-08-01 Trans Healthcare Annual Retreat and Board Meeting Cover
2000-08-01 Trans Healthcare Board Meeting Agenda with tabbed documents
2000-11-08 Trans Healthcare Inc. Board Meeting Agenda
2000-11-08 Trans Healthcare Inc. Board Meeting Agenda (5)
2000-2002 THI receivership (IHS Long Term Care Division Binder)
2001 Trans Healthcare Inc Presentation A New Dimension in the Delivery of Healthcare
2001-02-21 Trans Healthcare Inc Board Meeting Agenda with tabbed documents
2001-03-22 Fax Barnhill to Budin re Audit Committee presentation
2001-03-22 Trans Healthcare Inc. Audit Committee Presentation from Financial Projections for IPOs & Audits
2001-05-21 Trans Healthcare Inc Board Meeting Acquisition Deal Flow
2001-05-21 Trans Healthcare Inc Board Meeting Agenda
2001-05-21 Trans Healthcare Inc Board Meeting Finance Review
2001-05-21 Trans Healthcare Inc Board Meeting Generations Management Summary & Term Sheet
2001-08-21 Fax Barnhill to Jannotta Budin re Trans Healthcare Inc Board Meeting
2001-08-21 Trans Healthcare Inc Board Meeting Agenda with tabbed documents
2001-10-19 Investment Committee Memorandum
2001-10-30 Trans Healthcare Inc. BOD consent re MJW lease
2001-12-12 Management Presentation from Financial Projections for IPOs & Audits
2001-12-12 Trans Healthcare Inc Management Presentation
2002 Trans Healthcare Inc Presentation
2002-03-08 KPMG Audit letter 2002
2002-05 THI Audit Committee Presentation Pages from Financial Projections for IPOs & Audits
2002-05 Trans Healthcare Inc. Audit Committee Presentation from Financial Projections for IPOs & Audits
2002-06-25 THI receivership (Nunziata) Docs picked 6-23-11 Board Documents & GTCR Presentation (1)
2002-09-09 Investment Committee Memorandum

Information Considered Exhibit C

2002-10-02 Ventas Commitment Letters and Term sheets
2002-10-21 Investment Committee Memorandum
2002-11-01 Guarantor Pledge and Security Agreement for Ventas Loans
2002-11-01 Management Agreement Ventas GECC homes
2002-11-01 Purchase and Sale Agreement THI Ventas (With Master Lease)
2002-11-01 Ventas Loan Agreement
2002-11-02 Ventas Loan Agreement with Schedules
2002-11-02 Ventas Mezzanine Loan Agreement
2002-11-11 Exploratory Genesis Health Ventures meeting
2002-12-03 LLC Agreement of THI Holdings
2002-12-23 Trans Healthcare Inc Board Meeting Package redacted
2002-12-27 GE Ventas Intercreditor
2002-12-27 GE Ventas Release
2002-12-27 Purchase and Sale Agreement - Ventas and GE
2002-12-27 Ventas THMI GECC Notice
2002-12-31  $8 million CapitalSource revolving Credit Agreement
2002-12-31 $12 million Revolving Loan Capital Source
2002-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2002-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2002-7-23 2002-07-18 GECC Docs Produced by GECC 5-18-11 (Third Production) Processed Files Images Disk
2003 Bank Statements
2003- September Transaction Update and Integration Initiative Pages from THI Holdings - GTCR Corporate M
2003 THIB property analysis Pages from Box 743
2003-01-10 THI GTCR Organizational Meeting
2003-01-10 THI GTCR Organizational Meeting (4)
2003-01-16 Contribution Agreement between THI Holdings-GTCR
2003-01-28 Stock Purchase Agreement IHS to Abe Briarwood IHS BK FILED COPY
2003-02-21 Holdings letter to Briarwood re Settlement of IHS
2003-04-11 Agreement to Lease Signed K&E copy
2003-04-11 Agreement to Lease THIB ABE Briarwood
2003-04-18 LTY letter to KPMG RE Equity Structure for THI
2003-05-09 THI KPMG 2002 audit
2003-08 THI receivership (Nunziata) Docs produced on 7-22-11 Box 479 (22)
2003-08-27 Members Agreement
2003-08-27 THI Holdings Contribution Agreement
2003-08-28 Omnibus Agreement
2003-08-29 Management Contract THIBM and IHS Acq 151
2003-08-29 Management Contract THIBM and THI of New Mexico at Casa Arena
2003-08-29 Memorandum of Sublease IHS Acq 151 and THI of New Mexico at Casa Arena
2003-08-29 Omnibus Agreement THIB and ABE Briarwood
2003-09-03 Email RE Call RE FTI
2003-12-16 THI Holdings Board Meeting Finance Presentation
2003-12-16 THI Holdings Board meeting from Board Documents & GTCR Presentation
2003-12-16 Trans Health Board Directors Meeting Agenda with documents
2003-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2003-12-31 GTCR Fund VI LP Valuation Summary (redacted)

2004 Ethan Budin - GTCR memo to Mark re situation at THI
2004-01-05 THI weekly Senior Management Meeting
2004-02-05 Wachovia Meeting from Board Documents & GTCR Presentation
2004-02-17 GTCR Meeting Index - Tab 6 - THI Holdings 2004 Business Plan
2004-03 THI  Ernst & Young 2004 Special Report
2004-04-01 5th Amendment to Forbearance Agmt (CapSource)
2004-04-13 Ventas THI meeting from Board Documents & GTCR Presentation
2004-05-26 Memo Bennett to Erickson RE Requested Materials
2004-05-26 THIB - THINV Combined Financials -unaudited
2004-05-27 THI Holdings Update
2004-05-27 THI Holdings Update (Excerpt)
2004-06-01 THMI Consent in Lieu of Sp Mtg of BOD - appoint Bennett
2004-06-08 Update Meeting - major Immediate issues
2004-06-08 Update Meeting - major Immediate issues - Goldberg handwritten notes
2004-06-17 THI Inc. Acquisition History 1999-2002
2004-06-25 Trans Health Portfolio review meeting Index Tab 1 Summary Restructuring Plan
2004-06-25 Trans Health Portfolio review meeting Index Tab 2 Multicare Cleveland
2004-07-01 Nord Letter RE Default
2004-07-01 Nord Letter to Bank of NY
2004-07-02 Forti Letter to Bank of NY
2004-07-02 Nord Letter RE Default
2004-07-04 THI Liquidity Update
2004-07-06 Cap Source to Ventas RE Notice
2004-07-09 Nord to Forti Letter
2004-07-14 Bennett Letter to GE Ventas
2004-07-15 Ventas Letter to THI GTCR
2004-07-16 Erhardt Letter to THI
2004-07-30 Executed Forbearance Agreement (THI & CapSource)
2004-07-30 Fax RE GECC Modification and Forbearance
2004-08 Cash Plan Aug-Dec 2004 from Board Documents & GTCR Presentation
2004-08 Cash Plan from Board Documents & GTCR Presentation Nunziata 6-23-2011_Production
2004-08-02 Executed Forbearance Agreement (THI & Ventas)
2004-08-02 Modification & Forbearance Agreement
2004-08-02 THI Consent Bd of Directors re BOM loan
2004-08-13 Email Bennett, Jannotta, Box et al RE Update
2004-08-16 FTI Engagement (unsigned)
2004-08-27 CapitalSource Letter RE Default
2004-08-27 GE Email attach THI draft 2003 Audit
2004-08-31 1st Amendment to Forbearance Agmt  (Ventas)
2004-08-31 1st Amendment to Forbearance Agmt (CapSource)
2004-08-31 1st Amendment to Forbearance Agmt (GECC)
2004-08-31 Ventas email RE restructuring
2004-09-01 FTI - THI Meeting and Agenda
2004-09-01 FTI letter RE 50K Retainer
2004-09-02 EFT FTI Consulting 50K
2004-09-03 Proposed Agenda and Status Update

Information Considered                                                  Exhibit C

2004-09-03 THI status meeting agenda
2004-09-08 from Matt Box to Jeff Erhardt re Discuss with Jannotta and Goldberg RE DIP, FTI
2004-09-09 Email Box to Jeff Erhardt, Bennett re TC w Jannotta, Goldberg RE DIP FTI
2004-09-09 Restructuring Information
2004-09-24 EFT FTI Consulting 94K
2004-09-30 2nd Amendment to Forbearance Agmt (Ventas)
2004-09-30 2nd Amendment to Forbearance Agreement (CapSource)
2004-09-30 2nd Amendment to Forbearance Agreement (GECC)
2004-10-05 Audit Committee Presentation
2004-10-05 THI Audit Committee Meeting package
2004-10-05 THI Audit Committee Presentation
2004-10-05 THI Holdings Board Meeting
2004-10-06 2nd Amendment  to Forbearance Agreement  (THI & GECC)
2004-10-07 Goals and Objectives
2004-10-07 Memo Bennett to Board & VPs re Goals and Objectives from Board Meeting
2004-10-21 THI Restructuring Package for Capital Source
2004-10-26 EFT FTI Consulting 123K
2004-11-05 Investment Committee Memorandum
2004-11-10 Letter from MJW to FTI (re FTI's client)
2004-11-17 3rd Amendment to Forbearance Agmt (CapSource)
2004-11-17 3rd Amendment to Forbearance Agmt (GECC)
2004-11-17 3rd Amendment to Forbearance Agmt (Ventas)
2004-11-29 Business Plan Meeting
2004-12-02 EFT FTI Consulting 127K
2004-12-08 Management Services Agreement between THMI ECG Ventures and Thomas Erickson
2004-12-08 THI Holdings LLC BOD Meeting package
2004-12-20 Aegis Counterclaim and Third Party Complaint
2004-12-23 Trans Healthcare Inc. Restructuring
2004-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2004-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2004-12-31 PT Group revenue & expense detail - 2004-05-31
2005 -01-07 Restructuring Proposal
2005 -03-04 Letter RE Restructuring Proposal
2005 THI Holdings LLC Board of Directors Meeting 2005 Business Plan - Hospice
2005 Trans Healthcare Inc. Business Plan Pages from Box 743
2005-01-07 Consent THMI Board re Appointment of Officers
2005-01-07 Email RE Restructuring Proposal
2005-01-07 THI Holdings Consent of the Board of Directors
2005-02-01 4th Amendment to Forbearance Agmt (Amended & Restated)(CapSource)
2005-02-01 4th Amendment to Forbearance Agmt (GECC)
2005-02-01 4th Amendment to Forbearance Agmt (Ventas)
2005-02-23 THI Holdings Board meeting with handwritten notes
2005-02-23 THIB and THI Board consents re Bonuses
2005-02-24 EFT FTI Consulting 133K
2005-02-25 PT Group Sale - Project Pisces Price Waterhouse Report
2005-02-28 GTCR Investment Committee Presentation

Exhibit C

## Information Considered

2005-02-28 GTCR Investment Committee Presentation 4
2005-03-28 THMI Board Meeting Minutes
2005-04-01 5th Amendment to Forbearance Agmt (GECC)
2005-04-01 5th Amendment to Forbearance Agmt (Ventas)
2005-04-01 Forti letter RE Master Lease default
2005-04-03 Email RE 2004 Financials
2005-04-20 Fax Bennett to Jannotta et al re Reporting Package
2005-04-22 GTCR Investment Committee Memorandum
2005-04-22 Investment Committee Memorandum
2005-05-18 Fax re THI of Baltimore Board Consent
2005-05-25 6th Amendment to Forbearance Agmt (CapSource)
2005-05-25 6th Amendment to Forbearance Agmt (GECC)
2005-05-25 6th Amendment to Forbearance Agmt (Ventas)
2005-06-08 Trilogy Asset Sale (produced by Receiver)
2005-06-15 Email re Board Consents - management
2005-06-28 THI Holdings Board Consent re Employment Agreements
2005-06-28 THMI Board Consent re Employment Agreements
2005-06-28 THMI Board Consent re Employment Agreements - undated
2005-06-30 through 2006-02-28 THI I Cap Source Revolver Pages from Box 719
2005-07-01 THI Holdings Board meeting re Briarwood
2005-07-25 THMI BOD Meeting minutes re forbearance filing
2005-07-26 7th Amendment to Forbearance Agmt (CapSource)
2005-07-26 7th Amendment to Forbearance Agmt (GECC)
2005-07-26 7th Amendment to Forbearance Agmt (Ventas)
2005-07-26 THI Holdings & THI Board meetings re Abe Briarwood and GECC
2005-09-23 8th Amendment to Forbearance Agmt (Ventas)
2005-09-23 8th Amendment to Forbearance Agreement (CapSource)
2005-09-23 8th Amendment to Forbearance Agreement (GECC)
2005-09-27 THMI BOD Meeting minutes re forbearance filing
2005-10-25 9th Amendment to Forbearance Agmt (CapSource)
2005-10-25 9th Amendment to Forbearance Agmt (GECC)
2005-10-25 9th Amendment to Forbearance Agmt (Ventas)
2005-10-26 Equity Purchase Agreement - THI & PT Group
2005-10-27 THMI BOD Meeting minutes re Forbearance Filing
2005-10-31 Lowenkamp to Brad Bennett RE duties
2005-11-03 Memo RE PT Group Equity Purchase Agreement
2005-11-03 Release GE & PT Group entities
2005-11-03 Release Ventas & PT Group entities
2005-11-05 Email Brad Bennett to Daniel Yih re Management of THI
2005-11-30 10th Amendment to Forbearance Agmt (CapSource)
2005-11-30 10th Amendment to Forbearance Agmt (GECC)
2005-11-30 10th Amendment to Forbearance Agmt (Ventas)
2005-12 THMI BOD Consent in lieu of a special meeting
2005-12-15 Aegis Settlement Agreement
2005-12-15 Lyric Complaint
2005-12-15 Lyric v. Trans Health Complaint

2005-12-16 THMI BOD Meeting Minutes re Forbearance Filing
2005-12-30 11th Amendment to Forbearance Agmt (CapSource)
2005-12-30 11th Amendment to Forbearance Agmt (GECC)
2005-12-30 11th Amendment to Forbearance Agmt (Ventas)
2005-12-31 GTCR Corporate Mtg Excerpt
2005-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2005-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2006 Consent of THI Holdings BOM appointing Erickson chairman
2006 Consent of THI Holdings BOM increase in board size
2006 Consent of THI Holdings RE managers
2006 GEHCFS Management Services Agreements - THI-Pathway
2006 Lyric PLGL Settlements for 2006
2006 Settled Lyric Claims litigation for 2006
2006 THI-Pathway Management Services Agreements
2006-01-10 Box to Erhardt email RE Services after Sale
2006-01-10 THMI Meeting minutes re forbearance-filing
2006-01-16 Email RE THI of Baltimore Preliminary Income Statement
2006-01-16 THI of Baltimore Preliminary Income Statement
2006-01-17 Investment Committee Memorandum
2006-01-23 Lancaster Valuation Report
2006-01-23 Lancaster Valuation Report
2006-01-24 GECC Docs Produced via 03-17-11 GECC Disc Various Disc Box 1 Brown Envelope (1)
2006-01-24 THI & THMI Board Consent from 2006-01-24 Board Minutes
2006-01-25 THI THMI Consent and Minutes re forbearance-filing
2006-01-30 Fax re Signed THI Board Consents
2006-01-31 12th Amendment to Forbearance Agmt (CapSource)
2006-01-31 12th Amendment to Forbearance Agmt (GECC)
2006-01-31 12th Amendment to Forbearance Agmt (Ventas)
2006-02 THI Future Bank Structure  (as of Feb 06)
2006-02 THMI Consent in Lieu of a special Meeting of the Board of Directors
2006-02 Trans Healthcare Future Bank Structure
2006-02-08 Email Adam Levine to Matt Box Bill Goldberg re indemnification issues and contracts
2006-02-09 THI Holdings Board meeting re THIB Fairness opinion
2006-02-16 Meeting at Ventas
2006-02-23 THI Holdings Board Consent re Duff & Phelps Fairness Opinion THIB
2006-02-24 Lyric Settlement Agreement
2006-02-26 Litigation Update - due diligence
2006-02-26 Litigation Update - due diligence
2006-02-27 Investment Committee Memorandum
2006-02-28 13th Amendment to Forbearance Agmt (CapSource)
2006-02-28 13th Amendment to Forbearance Agmt (GECC)
2006-02-28 13th Amendment to Forbearance Agmt (Ventas)
2006-02-28 Excerpt from THMI Stock Purchase Agreement
2006-02-28 THI Holdings consent to Sale of THIB, Simultaneous closing
2006-02-28 THIB Stock Purchase Agreement
2006-03 Box, Matt - Officer' s Resignation Pages

2006-03 Bradley Bennett resignation pages (44 Companies)
2006-03 THI Consent in lieu of a Special Meeting of Board of Directors
2006-03 THI Consent re March 2006 actions
2006-03 THMI Consent in Lieu of a special Meeting of the Board of Directors
2006-03 through 2006-12 GE Borrowing Base, Certs and Docs Pages from Box 719
2006-03-10 14th Amendment to Forbearance Agmt (CapSource)
2006-03-10 14th Amendment to Forbearance Agmt (GECC)
2006-03-10 14th Amendment to Forbearance Agmt (Ventas)
2006-03-13 Atlantic Health Holdings LLC - Delaware Good Standing
2006-03-20 15th Amendment to Forbearance Agmt & 5th Amend to Loan Agmt (CapSource)
2006-03-20 15th Amendment to Forbearance Agmt (GECC)
2006-03-20 15th Amendment to Forbearance Agmt (Ventas)
2006-03-21 Bilodeau to Ross re THI Senior Management Agreements (attached)
2006-03-23 Email Smith to Muss Hegerle, Erhardt, Thomas & Towers re Master Lease & Guaranty
2006-03-24 Wire Instruction Detail
2006-03-26 Agmt Amdmt to Guarantor and Security (GTCR0024866 - GTCR024884)
2006-03-26 Levine Bilodeau re assignment of Lowenkamp contract
2006-03-27 Funds Flow Memorandum (K&E draft)
2006-03-27 thi receivership version of funds flow memo
2006-03-28 13MM Revolving Loan Agreement GE & THI
2006-03-28 42MM Amended & Restated Loan Agreement (GECC)
2006-03-28 Administrative Services Agreement
2006-03-28 Amended & Restated Collection Account Agreement (GECC, Bank of NY & THI entities)
2006-03-28 Amended & Restated Promissory Note Term Loan (GECC)
2006-03-28 Amended and Restated Deed of Trust
2006-03-28 Amended and Restated Guaranty (GTCR0013724 - GTCR0013797)
2006-03-28 Amended and Restated Master Lease Agreement (GTCR0013567 - GTCR0013723)
2006-03-28 Amendment to Stock Purchase Agreement
2006-03-28 Atlantic Health Holdings LLC Agreement
2006-03-28 Business Associate Agreement
2006-03-28 Collateral Assignment of Administrative Services Agreement
2006-03-28 Deposit Account Control Agreement (DACA) - No notice
2006-03-28 Deposit Account Control Agreement (DACA) - with future notification
2006-03-28 Duff & Phelps Fairness Opinion re THIB Sale
2006-03-28 Duff & Phelps Fairness Opinion re THIB Sale
2006-03-28 Duff and Phelps Solvency Opinion FLTCH KE_0001211-KE_0001223
2006-03-28 First American - Wire Transfer Closing Statement
2006-03-28 GE Loan Litigation Schedule
2006-03-28 GE THI Closing Memo
2006-03-28 GE Thomas consent letter to sell THMI
2006-03-28 GECC-Pathway Collateral Assignment of Management Contracts
2006-03-28 Guaranty of Payment & Performance - Revolving Loan (GECC)
2006-03-28 Guaranty of Payment and Performance - Term Loan
2006-03-28 Intercreditor Agreement
2006-03-28 Landlords Waiver and Consent
2006-03-28 Letter Agreement RE Indemnification

2006-03-28 Limited Recourse Guaranty of Pay and Performance - Term Loan
2006-03-28 Limited Recourse Guaranty of Payment & Performance - Revolving Loan
2006-03-28 Limited Recourse Guaranty of Payment & Performance - Revolving Loan (GECC)
2006-03-28 March 2006 Closing Docs (4 out of 6 binders)
2006-03-28 Pledge Agreement(s) (GECC)
2006-03-28 Release Agreement
2006-03-28 Release and Covenant Not to Sue ABE, IHSLTC to THI Holdings, GTCR Fund VI
2006-03-28 Revolving Loan Promissory Note
2006-03-28 Revolving Loan Promissory Note _ produced by GECC
2006-03-28 Security Agreement (Revolving Loan Borrowers)
2006-03-28 Security Agreement (Revolving Loan Guarantors)(GECC)
2006-03-28 Stock Certificates from GECC Term Loan Binder - Tab 35
2006-03-28 Stock Subscription Agreement Atlantic Health-THI
2006-03-28 Stock Subscription Agreement THI Holdings - THI
2006-03-28 Termination and Assumption Valle Norte - Unexecuted
2006-03-28 Termination and Assumption Vida Encantada - Unexecuted
2006-03-28 TH and Subsidiary BOD consents
2006-03-28 THM & THI of NM @ VE Termination and Assumption Agreement - Executed
2006-03-28 THMI and THI Baltimore Stock Purchase Agreements
2006-03-28 Ventas- THI Holdings Release and Covenant not to Sue(GTCR0024837 - GTCR0024853)
2006-05-04 (Toni-Jean Lisa) Fundamental to THI Indemnify (Jones)
2006-05-31 Trans Health Litigation memo
2006-07-07 (Toni-Jean Lisa) THI of Baltimore Management LLC to THI Indemnify (Webb)
2006-07-10 Trans Health Litigation memo
2006-07-21 Barnhill v Trans HealthcareInc. Westlaw citation
2006-08 to 2006-10 THMI Payroll Wachovia Statements
2006-08-31 Trans Health Litigation memo
2006-09-12 Meeting Agenda for THI and GE Mtg on Sept 12, 06
2006-09-12 Meeting Package for THI and GE Mtg on Sept 12, 06
2006-09-25 (Zack) THI of Baltimore Management LLC to THI Holdings Indemnify (Sasser)
2006-10-06 THI Board Meeting Action Items List
2006-10-06 THI Board Meeting Minutes
2006-10-06 THI Board Meeting Minutes - unsigned
2006-10-06 THI BOD meeting action items list
2006-10-10 from Battler to Box re Pathway Health Management, Inc
2006-10-11 from Thomas to Battler re Pathway Name Change
2006-10-13 Trans Health Litigation memo
2006-10-24 Audit Committee Presentation
2006-10-24 THI Audit Committee Presentation
2006-11-02 Barnhill Settlement
2006-11-08 THI BOD meeting minutes
2006-12-04 Trans Health Litigation memo
2006-12-12 THI BOD meeting minutes
2006-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2006-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2006-12-31 THI Unaudited Financial Statement

2006-12-31 through 2007-10-31 GECC Docs Produced by GECC 4-11-11 (Second Production) Images (OCR) 10[
2006-3-28 Schedule 2.9 - Sources & Uses - THI Holdings LLC
2007 GE Borrowing Base, Certs and Docs Pages
2007-01 THI Holdings Unanimous written consent of the BOM
2007-01-10 Trans Health Litigation memo
2007-01-21 THI Holdings LLC Atlantic Health minutes of the meeting
2007-01-31 1st Amendment to Loan Agreement
2007-01-31 Trans Health Litigation memo
2007-02-02 THI Action Item List
2007-02-02 THI Agenda with notes
2007-02-05 THI Agenda
2007-03-01 Lyric Claims and Litigation
2007-03-01 Trans Health Litigation memo
2007-03-09 THI Holdings LLC minutes of the meeting of the BOD
2007-03-12 Email Love to Box et al re KPMG
2007-03-12 THI Audit Committee presentation
2007-03-22 THI receivership (Nunziata) Docs Picked 5-25-11 Smaller PDFs MB14 (sale assessment & prelimina
2007-04-30 Lyric Claims and Litigation
2007-04-30 Trans Health Litigation memo
2007-05 Unsigned BOD consent re OIG settlement
2007-05-07 Master Lease Letter RE Default
2007-05-12 Erhardt to Box Letter RE Loan
2007-06-01 Forbearance Agreement (THI & GECC)
2007-06-04 Trans Health Litigation memo
2007-09-12 Email THI Bid Presentation Attachment Project Titan Initial Interest
2007-09-26 Email Revised Mgmt Presentation
2007-10-04 Box to Jannotta Communicare Presentation
2007-12-01 Forbearance Agreement
2007-12-05 Erhardt to THI Letter
2008 GE Borrowing Base, Certs and Docs Pages from Box 719
2008-02-06 Disclosure Schedules - includes Lyric litigation
2008-02-28 THM Stock Purchase Agreement with Litigation Chart
2008-04-02 Pascoe Email RE Escrows
2008-04-18 Modification & Forbearance agreement
2008-04-18 Modification & Forbearance agreement (GECC)
2008-04-25 Trans Healthcare Inc. Pathcare Board Consent
2008-07-02 Trans Health Litigation memo
2008-08-05 Trans Health Litigation memo
2008-11-26 Northwest Letter
2009-01-08 Email to Investment Committee
2009-01-13 Zack to Counsel cease work - THI receivership
2009-03-06 ltr Swanson to Waener - Fundamental and THIBM officers
2009-10-05 FAS Board Consent Resignation of Brad Bennett
2009-11-02 FAS Board Consent Toni Jean Lisa Resignation
2009-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2009-12-31 GTCR Fund VI LP Valuation Summary (redacted)

Information Considered

2009-2010 GECC Docs Produced by GECC 4-11-11 (Second Production) Images (OCR) 107 (3)
2010 GECC Docs Produced by GECC 4-11-11 (Second Production) Images (OCR) 105 (22)
2010-01-27 GECC Docs Produced by GECC 4-11-11 (Second Production) Images (OCR) 105 (23)
2010-03-22 Order on Motion for Entry of Order Authorizing Receiver to Limit Further Notice
2010-04-23 Letter to Judge; Please Rule on Motion to Limit Further Notice
2010-04-28 Anderson Email withdraw from cases
2010-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2010-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2011-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2011-12-31 GTCR Fund VI LP Valuation Summary (redacted)
2012-01-05 January 2012 Agreement
Alias Summons as to FLTI
All THM Minutes, Consents and Undertakings
Amended Complaint
Baker E-mailed as Redacted by Court
Bank Reporting
Bank Reporting & Statements 03-04, Audited 1999 - 2002 Audited Financials
Barnhill v. THI Verified Complaint
Barnhill v. Trans Healthcare, Inc., et al. - Complaint
Barnhill v. Trans Healthcare, Inc., et al. - MIL - Lancaster
Board Documents & GTCR Presentation Excerpt
Charts of 2002 GE - Ventas - Cap Source Loans & Lease Terms
Communicare Closing Documents Maryland Acquisition Loan
Communicare Closing Documents THI Ventas Acquisition
Communicare Folder\1989-06-21 Communicare THI Ventas Communicare (10)
Communicare Folder\1989-07 through 2000-06 Communicare THI Ventas Communicare (4)
Communicare Folder\1993-05-01 Communicare THI Ventas Communicare (5)
Communicare Folder\1993-05-01 Communicare THI Ventas Communicare (6)
Communicare Folder\1994-04-01 through 1999-03-31 Communicare THI Ventas Communicare (3)
Communicare Folder\1999-06-01 Communicare THI Ventas Communicare (4)
Communicare Folder\1999-06-01 Communicare THI Ventas Communicare (7)
Communicare Folder\2000-05-31 Communicare THI Ventas Communicare (8)
Communicare Folder\2000-12-01 Communicare THI Ventas Communicare (1)
Communicare Folder\2000-12-01 Communicare THI Ventas Communicare (2)
Communicare Folder\2002-06-25 Communicare THI Ventas Communicare (3)
Communicare Folder\2003-01 through 2003-12 Communicare THI Ventas Communicare (1)
Communicare Folder\2003-01 through 2003-12 Communicare THI Ventas Communicare (2)
Communicare Folder\2003-10-21 Communicare THI Ventas Communicare (1)
Communicare Folder\2004-03-25 Communicare THI Ventas Communicare (9)
Communicare Folder\2007-12 Communicare THI Ventas Communicare (1)
Communicare Folder\2008 Communicare Book 2 of 2 Closing Document THI Ventas Acquisition (33)
D- GECC's MTD Amnd Comp  1-10-14
D- Rubin Schron's MTD 2nd Amnd Comp  04-25-14  Portfolio2
D- Schron's MTD Amnd Comp  1-10-13
D- Ventas' MTD Amnd Comp  1-10-14
Deposition of Abraham Backenroth (04-29-14)

## Information Considered

Deposition of Alan Grochal (01-13-14 and 01-14-14)
Deposition of Barry Saacks (02-24-14)
Deposition of Brett Baker (03-06-14 and 03-07-14)
Deposition of Debra A Cafaro (04-16-14)
Deposition of George E Sperzel, Jr. (01-29-14)
Deposition of Jeffrey Erhardt (04-23-14)
Deposition of Kenneth Tabler (03-24-14)
Deposition of Kristi Anderson, Kristi (02-19-14, 02-20-14, and 05-14-14)
Deposition of Leonard Grunstein (04-07-14)
Deposition of Maria Chavez-Ruark (03-31-14 and 04-30-14)
Deposition of Mark Fulchino (02-06-14 and 02-07-14)
Deposition of Matthew Box (03-17-14, 03-18-14 and 04-28-14)
Deposition of Murray Forman (03-13-14 and 03-14-14)
Deposition of Sean Nolan (02-03-14 and 02-05-14)
Deposition of W. Bradley Bennett (02-12-14 and 04-01-14)
Docs produced by GECC, various dates
Doman, Timothy - Depo (03-27-14) and Exhibits
Ds' FLTCH Jt Reply to Omnibus Opp of P's Trustee & THMI to MTDs Amnd Comp  1-31-14
Ds- GTCR Entities' Ans to Counts II III IV & V of 2nd Amnd Comp   04-25-14
Ds- GTCR Entities' MTD 2nd Amnd Comp & Memo in Support  04-25-14  Portfolio2
Ds- GTCR, Jannotta & THIH's MTD Amnd Comp & Memo in Support  1-10-14
Ds- MTD Counts 6 7 8 10 11 14 15 & 22 of Amnd Comp  1-13-14
Estate Response to FAS-FLTCH-Forman-Grunstein Motion to Dismiss
Estate Response to GECC Motion to Dismiss
Estate Response to GTCR-Jannotta Motion to Dismiss
Estate Response to Schron Motion to Dismiss
Estate Response to Ventas Motion to Dismiss
Example of FTI Restructuring Costs
Excerpt - 2004-05-27 THI Holdings Update - GTCR-0020091
Excerpt from Corporate Meeting - Org charts GECC0211133-4
FAS-000001-001358, FAS-001674-001685, FAS-002399-003672, FAS-007935-008789
Financial and Bank Reporting Docs by Bates
FLTCH Entities & FAS' Jt MTD Counts as to Listed of Amnd & 2nd Amnd Complaints  04-25-14
FTI Presentation to GTCR - GTCR-0057988-GTCR-0058031
Funds flow memo Pages from Box 1 #'s 1 - 2970-2
GECC's MTD 2nd Amnd Comp  04-25-14
GECC's Reply in Support of Its MTD Amnd Comp   1-31-14
General Claims and Litigation Trans Healthcare and subsidiaries - NORD 00006575-NORD 00006628
General Ledger Activity
GTCR Jannotta & THIH's Reply Brief in Support of MTD Amnd Comp  1-31-14
GTCR Presentation from Board Documents & GTCR Presentations
GTCR-0040333-GTCR-0040336
GTCR-0041894-GTCR-0041905
GTCR-0064774-GTCR-0064774
GTCR-0064775-GTCR-0064775
GTCR-0064880-GTCR-0064907

Information Considered

GTCR-0068687-GTCR-0068687
GTCR-0068818-GTCR-0068818 (1)
GTCR-0069039-GTCR-0069039
GTCR-0070162-GTCR-0070163
Investment Committee Memorandums
Involuntary Petition
Involuntary Summons - FLTCI
J Williamson's Memo Opinion on MTDs  03-14-14
Jackson - Amended Complaint
Jackson - AMENDED FINAL JUDGMENT
Jackson - Complaint
Jackson - FINAL JUDGMENT
Jannotta, Edgar - Depo (02-27-14) VOL I and Exhibits
Jannotta, Edgar - Depo (02-28-14) VOL II and Exhibits
Jones - Complaint
Kimberly McCarty resignation from THMI
KPMG-A 2133-2205
KPMG-A 2206-2276
KPMG-A-0000284
Lyric Claims and Litigation
Mark Fulchino resignation from THMI
Meier, Dwight - Depo VOL I (01-20-14) and Exhibits
Meier, Dwight - Depo VOL II (01-21-14) and Exhibits
Melissa Warlow resignation from THMI
Memorandum Opinion on in Camera Examination
Multiple THI Board Meeting Minutes and Consents
NOA of W&M on behalf of Nunziata as Creditor (FLTCI #8)
NOF Demonstrative RE FAS Production
Nunziata - AMENDED FINAL JUDGMENT
Nunziata - Complaint
Nunziata - FINAL JUDGMENT
Order for Relief
Order on Trustee's Expedited Motion to Overrule Privilege Objection...
PA Dept of Revenue PA-DOR-00001 - PA-DOR-00747
Pennington, Diana - Depo (01-24-14) and Exhibits
Ps' Trustee & THMI's Omnibus Opposition to Ds' MTDs  1-23-14
Regions Bank v. Commonwealth
Riney, T Richard - Depo (03-20-14) and Exhibits
Saacks, Barry 341 Meeting
Sasser - Complaint
Sasser - DEFAULT
Schron, Rubin - Depo (03-04-14) and Exhibits
Schron's Reply Brief in Further Support of MTD Amnd Comp  1-31-14
Sean Nolan resignation from THMI
Second Amended Complaint
Skanga v. Arevenca

Stock Pledge Agreement information (stock in Pathway) to GECC
Stock Pledge Agreement information (stock in THI) to GECC
Summary of Schedules (FLTCI #134)
Tax Returns - Trans Healthcare, Inc.
TEEDOC-0000001 - TEEDOC-032401
THI - IHS Stock Purchase Agreement - Part 2
THI and THI Holdings facility-level consents - NORD 00008875 - NORD 00009220
THI Banking Waterfall chart - GTCR-0017400
THI Holdings - GTCR Corporate Mtg
THI Holdings - GTCR Corporate Mtg - excerpt
THI -IHS Stock Purchase Agreement - Part 1
THI INC. 11-16-07 - 3-31-08
THI INC. 1-2-07 - 4-13-07
THI INC. 3-16-06 - 6-15-06
THI INC. 4-16-07 - 7-13-07
THI INC. 6-16-06 - 9-15-06
THI INC. 7-16-07 - 11-15-07
THI INC. 8-15-05 - 10-31-05 Bank Reporting
THI INC. 8-2-04 - 10-15-04 Bank Reporting
THI INC. 9-18-06 - 12-29-06
THI Restructuring Pages from Board Documents & GTCR Presentation
THI Tax Returns 2002-2004
THMI formation docs - FAS002360 - FAS002398
THMI Index of Board Minutes & Written action - receivership documents
Thomas, Jeffrey M - Depo (01-31-14) and Exhibits
Toni Jean Lisa resignation from THMI
Townsend - AMENDED FINAL JUDGMENT - CERTIFIED COPY
Townsend - Complaint
Townsend - FINAL JUDGMENT
Trans Healthcare Inc and Subsidiaries Consolidated Financials  2002-2001_produced by Receiver Box 743
Trans Healthcare Inc and Subsidiaries Consolidated Financials  2005-2004_produced by GE
Trans Healthcare Inc and Subsidiaries Consolidated Financials  2006-2005 draft produced by Receiver from M
Trans Healthcare Inc Board of Directors Meeting - tabs and appendices
Trustee's NOF Progress Report of Forensic Accountant on Doc Prod re to THMI [1416-1]   04-11-14
TS006417-6421
TS006443 - TS006446
undated  THI receivership Docs produced on 7-22-11 - IHS Analysis
various dates THI receivership (Nunziata) Docs Picked 5-25-11 Smaller PDFs MB7 (1)
vchrpmt - 11003 vchrprmt (Excel Portfolio)
Ventas' MTD 2nd Amnd Comp  04-25-14
Ventas' Reply in Support of It's MTD Amnd Comp  1-30-14
Ventas-THI Funds Flow Memo
W. Bradley Bennett resignation as director and officer from THMI
Webb - Amended Complaint
Webb - Complaint
Webb - FINAL JUDGMENT